AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Joan Charles,
    Plaintiff
    v.
Ocwen Federal Bank, FSB,
Ocwen Financial Corporation,
Massachusetts Property
Insurance Underwriting
Association and One Call
Insurance Agency, Incorporated,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11625 RWZ

TO: (Name and address of Defendant)

Ocwen Federal Bank, FSB, 1675 Palm Beach Lakes Blvd., West Palm Beach, FL 33401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Hoyt, Esq., Portnoy and Greene, P.C., 197 First Avenue, Suite 130, Needham, MA 02494

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | July 29, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Timothy J. Teehan | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed certified, return receipt requested, via US mail, postage prepaid to the defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-23-04
                Date                    Signature of Server

197 First Ave., Suite 130, Needham MA 02494
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  B. Hollin    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>AUG 03 2004 |
| 1. Article Addressed to:<br><br>Ocwen Federal Bank, FSB<br>1675 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33401 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0000 7163 3420 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**PORTNOY AND GREENE, P.C.**
**197 First Avenue, Suite 130**
**Needham, MA 02494**

Attn: James Hoyt, Esq.

Charles/Ocwen Federal