AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Joan Charles,
    Plaintiff,
v.
Ocwen Federal Bank, FSB,
Ocwen Financial Corporation,
Massachusetts Property
Insurance Underwriting Association
and One Call Insurance Agency,
Incorporated,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11625 RWZ

TO: (Name and address of Defendant)

Ocwen Financial Corporation, 1675 Palm Beach Lakes Blvd., West Palm Beach, FL 33401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Hoyt, Esq., Portnoy and Greene, P.C., 197 First Avenue, Suite 130, Needham, MA 02494

an answer to the complaint which is served on you with this summons, within  **20**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS        JUL 21 2004
CLERK                DATE

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 29, 2004 |
| NAME OF SERVER (PRINT) Timothy J. Teehan | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Mailed via certified mail, return receipt requested, via US mail, postage prepaid to the defendant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-23-04
              Date                Signature of Server

197 First Ave., Suite 130 Needham, MA 02494
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.