AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern ————— District of Massachusetts

2004 AUG 24 P 1:49

Joan Charles,
Plaintiff,
v.
Ocwen Federal Bank, FSB,
Ocwen Financial Corporation,
Massachusetts Property
Insurance Underwriting Association,
and One Call Insurance Agency, Incorporated,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04    11625 RWZ**

TO: (Name and address of Defendant)

One Call Insurance Agency, Incorporated, 121B
Tremont Street, Suite 25, Brighton, MA 02135

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Hoyt, Esq., Portnoy and Greene, P.C.,
197 First Avenue, Suite 130, Needham, MA 02494

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS _____

CLERK

_____    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 29, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Timothy J. Teehan | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Mailed certified mail, return receipt requested, via US mail,
Postage prepaid to the defendant.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-23-04___　　　_____
　　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　　197 First Ave, Suite 13c, Needham, MA 02494
　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br> 8-2-04 |
| 1. Article Addressed to:<br><br>One Call Insurance Ag<br>Incorporated<br>121B Tremont Street<br>Suite 25<br>Brighton, MA 02135 | D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br> ☒ Certified Mail ☐ Express Mail<br> ☐ Registered ☒ Return Receipt for Merchandise<br> ☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br> (Transfer from service label)  7002 3150 0000 7163 3406 | |

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**PORTNOY AND GREENE, P.C.**
**197 First Avenue, Suite 130**
**Needham, MA 02494**
Attn: James Hoyt, Esq.

Charles/ One Call

2494/2630