UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
JOAN CHARLES,                  *
    Plaintiff,                 *
                               *
vs.                            *    CIVIL ACTION
                               *    No. 04-11625RWZ
OCWEN FEDERAL BANK, FSB;       *
OCWEN FINANCIAL CORPORATION;   *
MASSACHUSETTS PROPERTY         *
INSURANCE UNDERWRITING         *
ASSOCIATION; and               *
ONE CALL INSURANCE AGENCY,     *
INCORPORATED,                  *
    Defendants.                *
                               *
                               *
* * * * * * * * * * * * * * * *
```

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, One Call Insurance Agency, Incorporated, in the above-captioned matter.

William D. Chapman
BBO #551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: 9-8-04