UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
JOAN CHARLES,                       *
    Plaintiff,                      *
                                    *
vs.                                 *     CIVIL ACTION
                                    *     No. 04-11625RWZ
OCWEN FEDERAL BANK, FSB;            *
OCWEN FINANCIAL CORPORATION;        *
MASSACHUSETTS PROPERTY              *
INSURANCE UNDERWRITING              *
ASSOCIATION; and                    *
ONE CALL INSURANCE AGENCY,          *
INCORPORATED,                       *
    Defendants.                     *
                                    *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

<u>Initial Disclosures of Defendant, One Call Insurance Agency, Inc.</u>
(Fed. Rule Civ. P. 26(a)(1))

(A)  Individuals likely to have discoverable information which may support this party's defenses: (1) The defendant, Harold Salant, One Call Insurance Agency, Inc., 121B Tremont Street, Brighton, MA 02135, regarding the insurance he obtained for Joan Charles; (2) as-yet unidentified representatives of the codefendant, MPIUA, 2 Center Plaza, Boston, MA, regarding its renewal and notice procedures, and the policy it issued to or for Joan Charles; (3) Joan Charles, the plaintiff, regarding her claims in this case; (4) as-yet unidentified representatives of the codefendant, Ocwen Federal Bank, regarding its handling of Ms. Charles' escrow account, and its post-loss conversations about Ms. Charles' account.

(B)  Defendant's documents: The defendant will produce copies of its discoverable documents pertaining to this matter.

(C)  Computation of Damages: Not applicable to this defendant.

(D)  Defendant's insurance: The defendant has a policy of insurance with Westport Insurance Corporation, policy no. PAL 72826, with liability limits of $2,000,000 per occurrence subject to a $15,000 deductible which applies to litigation expense and loss payments. The defendant will provide a copy of the policy upon request.

ONE CALL INSURANCE AGENCY, INC.
By its attorneys,


_/s/ William D. Chapman_
William D. Chapman BBO 551261
Melick Porter & Shea, LLP
28 State Street
Boston MA 02109
(617) 523 6200


I hereby certify that I have made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P 5.

11-16-04      _/s/_