UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11625-RWZ

JOAN CHARLES,
    Plaintiff,

v.

OCWEN FEDERAL BANK FSB;
OCWEN FINANCIAL CORPORATION;
MASSACHSUETTS PROPERTY
INSURANCE UNDERWRITERS
ASSOCIATION; and ONE CALL
INSURANCE AGENCY, INCORPORATED,
    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw the appearance of David P. Russman on behalf of the Defendants Ocwen Federal Bank FSB and Ocwen Financial Group. Mr. Russman is no longer associated with this firm as of November 1, 2004. The appearance of Paul Michienzie of Michienzie & Sawin LLC, shall remain on file.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12/21/04

Dated: 12/21/04

OCWEN FEDERAL BANK FSB;
OCWEN FINANCIAL CORPORATION;
By their attorneys,

Paul Michienzie, Esq. - BBO #548701
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660

{00060508.DOC}