UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>      Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB;<br>OCWEN FINANCIAL CORPORATION;<br>MASSACHSUETTS PROPERTY<br>INSURANCE UNDERWRITERS<br>ASSOCIATION; and ONE CALL<br>INSURANCE AGENCY, INCORPORATED,<br>      Defendants. | C.A NO. 04-11625-RWZ |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5.1(a)(1), Fed. R. Civ. P. 11 and LR, D. Mass. 83.5.2, please enter my appearance as counsel for the defendants/plaintiffs-in-cross-claim, Ocwen Federal Bank, FSB and Ocwen Financial Corporation, in the above-captioned action.

Richard C. Demerle (BBO#652242)
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116-2636
(617) 227-5660

DATED: January 19, 2005

{00063061.DOC}