# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11625 RWZ

|  |  |
|---|---|
| JOAN CHARLES, | ) |
|     Plaintiff, | ) |
| v. | ) |
| OCWEN FEDERAL BANK, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION and ONE CALL INSURANCE AGENCY, INC., | ) |
|     Defendants, | ) |

## ANSWER OF DEFENDANT MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION TO CROSS-CLAIM OF OCWEN FEDERAL BANK FSB AND OCWEN FINANCIAL CORPORATION

1. Defendant can neither admit nor deny and therefore denies and calls upon Plaintiff to prove the same.

2. Admit.

3. Defendant can neither admit nor deny and therefore denies and calls upon Plaintiff to prove the same.

4. Defendant repeats answers to paragraphs 1 through 3.

5. Deny.

6. Defendant repeats answers to paragraphs 1 through 5.     .

7. No response necessary. Defendant denies.

## CROSS – CLAIM OF MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION AGAINST OCWEN FEDERAL BANK, F.S.B. AND OCWEN FINANCIAL CORPORATION

1. The Defendant/Plaintiff-in-Cross – Claim Massachusetts Property Insurance Underwriting Association (hereinafter "MPIUA") is an association established pursuant to Massachusetts General Laws, c. 1 § 75 with a principal place of business at Two Center Plaza, Boston, Massachusetts.

2. MPIUA denies liability to the Plaintiff. However, if MPIUA is liable to the Plaintiff, then it is entitled to contribution from Ocwen Federal Bank FSB and Ocwen Financial Corporation, in accordance with Massachusetts General Laws, c. 231B §1 et seq.

WHEREFORE, MPIUA respectfully requests that judgment enter in its favor on its Cross – Claim against Ocwen Federal Bank F.S.B. and Ocwen Financial Corporation including costs and attorney's fees.

        Respectfully submitted,
        By my attorney,


        /s/ Michael W. Reilly

        Michael W. Reilly, Esq.
        Tommasino & Tommasino
        2 Center Plaza
        Boston, MA   02108
        (617) 723-1720
        MA BBO# 415900


JURY DEMAND:  Now comes the Defendant and demands a jury trial on all issues.


        Michael W. Reilly, Esq.