UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, MASSACHSUETTS PROPERTY INSURANCE UNDERWRITERS ASSOCIATION, and ONE CALL INSURANCE AGENCY, INCORPORATED,<br>    Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5(a) and LR, D. Mass. 5.1(a)(1) and 83.5.2, please enter my appearance as counsel for the defendants/plaintiffs-in-cross-claim, Ocwen Federal Bank, FSB and Ocwen Financial Corporation, in the above-captioned action.

                                              Richard C. Demerle (BBO# 652242)
                                              Michienzie & Sawin LLC
                                              745 Boylston Street
                                              Boston, MA 02116-2636
                                              (617) 227-5660

DATED: April 19, 2005

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on April 19, 2005.

*[signature]*

Richard C. Demerle