UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11625RWZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOAN CHARLES,

    Plaintiff,

vs.

OCWEN FEDERAL BANK, FSB;
OCWEN FINANCIAL CORPORATION;
MASSACHUSETTS PROPERTY
INSURANCE UNDERWRITING
ASSOCIATION; and
ONE CALL INSURANCE AGENCY,
INCORPORATED,

  Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF APPEARANCE

Pursuant to Mass. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, One Call Insurance Agency, Inc. in the above-captioned matter.

/s/ Kerry D. Florio
Kerry D. Florio
BBO #647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: 6/14/05

\*\*CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 6/14/05.