UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN<br>FINANCIAL CORPORATION,<br>MASSACHSUETTS PROPERTY<br>INSURANCE UNDERWRITERS<br>ASSOCIATION, and ONE CALL<br>INSURANCE AGENCY,<br>INCORPORATED,<br>    Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

## SUPPLEMENTAL RULE 7.3 CORPORATE DISCLOSURE

Undersigned counsel respectfully notifies the Court that, effective July 1, 2005, Ocwen Federal Bank FSB voluntarily dissolved and transferred its mortgage servicing business to Ocwen Loan Servicing, LLC, which has succeeded to the rights and obligations of the former entity.  Ocwen Loan Servicing, LLC is a limited liability company the sole member of which is Ocwen Financial Corporation, a publicly traded company.

Richard C. Demerle (BBO#652242)
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA 02116-2636
(617) 227-5660

DATED: August 2, 2005

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on August 2, 2005.

Richard C. Demerle