UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11625-RWZ

JOAN CHARLES

v.

OCWEN FEDERAL BANK, FSB,
MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOC.,
and ONE CALL INSURANCE AGENCY

SCHEDULING ORDER

May 22, 2006

ZOBEL, D. J.

    This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and James E. Hoyt having appeared as counsel for plaintiff Joan Charles; and Richard C. Demerle, Michael W. Reilly, and William D. Chapman having appeared as counsel for defendants Ocwen Federal Bank, FSB, Massachusetts Property Insurance Underwriting Association, and One Call Insurance Agency, respectively, the following action was taken:

    1.    Plaintiff shall file her motion for summary judgment by June 1, 2006.

    2.    Defendants shall file their opposition and any cross-motions for summary judgment by June 22, 2006.

    3.    Plaintiff's opposition is due on July 13, 2006.

    4.    A reply of no more than five pages may be submitted no later than

July 27, 2006.

5. The court will hear the motions on August 8, 2006 at 2 p.m.

| | |
|---|---|
| <u>5/22/06</u><br>DATE | <u>/s/ Rya W. Zobel</u><br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |