UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Joan Charles,*<br>*Plaintiff,*<br><br>v.<br><br>*Ocwen Federal Bank, FSB;*<br>*Ocwen Financial Corporation;*<br>*Massachusetts Property Insurance*<br>*Underwriting Association and One Call*<br>*Insurance Agency, Inc.*<br>*Defendants.* | )<br>)<br>)<br>)   C.A. No. 04-11625-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF, JOAN CHARLES', MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST OCWEN LOAN SERVICING LLC

NOW COMES the plaintiff in this action, Joan Charles (hereinafter "Plaintiff"), by and through her counsel, James Hoyt, Portnoy & Greene, P.C., and hereby moves this Court for the entry of partial Summary Judgment against defendant Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, et al. (hereinafter "Ocwen") for liability only on Count I of Plaintiff's Amended Complaint and Jury Demand pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support thereof, Plaintiff incorporates her Memorandum of Facts and Law.

Plaintiff requests oral argument pursuant to Local Rule 7.1(D), as Plaintiff reasonably believes that such oral argument will assist the Court.

WHEREFORE, for those reasons outlined in Plaintiff's Supporting Memorandum of Facts and Law, Plaintiff should be granted summary judgment against Ocwen Loan Servicing, LLC. and requests oral argument on this matter.

Motion for Summary Judgment        1

Respectfully Submitted,
The Plaintiff,
Joan Charles,
By her Attorney,

_____
James Hoyt (BBO # 644651)
Portnoy & Greene, P.C.
Attorney for Plaintiff
687 Highland Ave.
Needham, MA 02494
(781) 644-6050

Dated: June 1, 2006

## CERTIFICATE OF SERVICE

I, James Hoyt, hereby certify that a copy of the forgoing Motion, together with its supporting memorandum of law and proposed order was served June 1, 2006 via first class mail postage prepaid to:

William B. Chapman
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

Michael W. Reilly
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108

Paul Michienzie
Richard C. Demerle
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA 02114

_____
James Hoyt