UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Joan Charles,*<br>    *Plaintiff,*<br><br>v.<br><br>*Ocwen Federal Bank, FSB;*<br>*Ocwen Financial Corporation;*<br>*Massachusetts Property Insurance*<br>*Underwriting Association and One Call*<br>*Insurance Agency, Inc.*<br>    *Defendants.* | C.A. No. 04-11625-RWZ |

### PROPOSED ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Joan Charles, having moved pursuant to Fed.R.Civ.P. 56 for partial summary judgment as to the issue of the liability of Defendant, Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, et al. on Count I of Plaintiff's Amended Complaint, and this Court, being satisfied that no genuine issue of material fact exists regarding liability for said Count I, and the plaintiff is entitled to judgment thereon as a matter of law, it is

ORDERED that judgment be and hereby is entered against defendant Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, et al. (hereinafter "Ocwen"). on the issue of liability for said Count I.

Date: _____

    _____
            Presiding Judge

proposed order                    1