# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
|  | CIVIL ACTION NO.:  04-11625 RWZ |
|  | ) |
| JOAN CHARLES, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| OCWEN FEDERAL BANK, OCWEN FINANCIAL | ) |
| CORPORATION, MASSACHUSETTS PROPERTY | ) |
| INSURANCE UNDERWRITING ASSOCIATION | ) |
| and ONE CALL INSURANCE AGENCY, INC., | ) |
| Defendants, | ) |
|  | ) |

## MOTION OF MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION TO EXTEND DEADLINES

NOW COMES the Defendant, Massachusetts Property Insurance Underwriting Association ("MPIUA") and joins the Motion of Ocwen Loan Servicing, LLC to Extend Deadlines for reasons outlined in that Motion.

Respectfully submitted,
By my attorney,

/s/ Michael W. Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
MA BBO# 415900