UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-11625RWZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOAN CHARLES,

    Plaintiff,

vs.

OCWEN FEDERAL BANK, FSB;
OCWEN FINANCIAL CORPORATION;
MASSACHUSETTS PROPERTY
INSURANCE UNDERWRITING
ASSOCIATION; and
ONE CALL INSURANCE AGENCY,
INCORPORATED,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF ONE CALL INSURANCE AGENCY, INC. TO EXTEND DEADLINES

Now comes the Defendant, One Call Insurance Agency, Inc., and joins the Motion of Ocwen Loan Servicing, LLC to Extend Deadlines for reasons outlined in that Motion.

          /s/ Kerry D. Florio
          Kerry D. Florio
          BBO #647489
          MELICK, PORTER & SHEA, LLP
          28 State Street
          Boston, MA 02109-1775
          (617) 523-6200

Date: June 19, 2006

## CERTIFICATE OF SERVICE

    I, Kerry D. Florio, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                              /s/ Kerry D. Florio
                                              Kerry D. Florio

Date: June 19, 2006