UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Joan Charles*,<br>    Plaintiff,<br><br>v.<br><br>*Ocwen Federal Bank, FSB;*<br>*Ocwen Financial Corporation;*<br>*Massachusetts Property Insurance*<br>*Underwriting Association and One Call*<br>*Insurance Agency, Inc.*<br>    Defendants. | C.A. No. 04-11625-RWZ |

## PLAINTIFF, JOAN CHARLES' ASSENT TO MOTION OF OCWEN LOAN SERVICING, LLC TO EXTEND DEADLINES

NOW COMES the plaintiff in this action, Joan Charles (hereinafter "Plaintiff"), by and through her counsel, James Hoyt, Portnoy & Greene, P.C., and hereby assents to the Motion of defendant Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, et al. (hereinafter "Ocwen"), "to extend deadlines."

While Plaintiff continues to object to Ocwen's "squeezing" discovery in between Plaintiff's submission on summary judgment and Ocwen's required response, Plaintiff recognizes that her argument failed once before and concedes the argument in this instance.

Plaintiff further states that she provided her Response to Requests for production of documents this 29th day of June, 2006 by fax to Ocwen and US Mail to all defendants.

Respectfully Submitted,

                                          The Plaintiff,
                                        Joan Charles,
                                        By her Attorney,

                                        ____s/ James Hoyt_____
                                        James Hoyt (BBO # 644651)
                                        Portnoy & Greene, P.C.
                                        Attorney for Plaintiff
                                        687 Highland Ave.
                                        Needham, MA 02494
Dated: June 29, 2006                     (781) 644-6050

## CERTIFICATE OF SERVICE

      I, James Hoyt, hereby certify that a copy of the forgoing Opposition was served June 29, 2006 via the Court's ECF system and by first class mail postage prepaid to:

William B. Chapman
Kerry D. Florio
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

Michael W. Reilly
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108

Paul Michienzie
Richard C. Demerle
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA 02114

                                        _____s/ James Hoyt_____
                                          James Hoyt