UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Joan Charles*, )<br>    *Plaintiff,* )<br> )<br>*v.* )<br> )<br>*Ocwen Federal Bank, FSB;* )<br>*Ocwen Financial Corporation;* )<br>*Massachusetts Property Insurance* )<br>*Underwriting Association and One Call* )<br>*Insurance Agency, Inc.* )<br>    *Defendants.* ) | C.A. No. 04-11625-RWZ |

## PLAINTIFF, JOAN CHARLES' LIMITED ASSENT TO ASSENTED-TO MOTION TO EXTEND DEADLINES

NOW COMES the plaintiff in this action, Joan Charles (hereinafter "Plaintiff"), by and through her counsel, James Hoyt, Portnoy & Greene, P.C., and hereby states her limited assent to the "Assented-To Motion to Extend Deadlines" of defendant Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, et al. (hereinafter "Ocwen").

Without admitting or stipulating to the substantive facts stated in said motion, Plaintiff Assents to such Motion to the extent that it requests extension of relevant deadlines as stated.

                                                                                                  The Plaintiff,
                                                                                                  Joan Charles,
                                                                                                  By her Attorney,

 

_____
James Hoyt (BBO # 644651)
Portnoy & Greene, P.C.
Attorney for Plaintiff
687 Highland Ave.
Needham, MA 02494
Dated: July 25, 2006                                    (781) 644-6050