UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITERS ASSOCIATION, and ONE CALL INSURANCE AGENCY, INCORPORATED,<br>    Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance on behalf of the Defendants Ocwen Federal Bank FSB and Ocwen Financial Group. I am no longer associated with this firm as of August 31, 2006. The appearance of Paul Michienzie of Michienzie & Sawin LLC, shall remain on file.

 

OCWEN FEDERAL BANK FSB;
OCWEN FINANCIAL CORPORATION;
By their attorneys,

*/s/ RC Demerle*
Paul Michienzie, Esq. - BBO #548701
Richard C. Demerle, Esq. – BBO #652242
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660

Dated: September 18, 2006

{00092632.DOC}

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on September 18, 2006.

                                                                          */s/ Richard C. Demerle*
                                                                          Richard C. Demerle

{00092632.DOC}