UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITERS ASSOCIATION, and ONE CALL INSURANCE AGENCY, INCORPORATED,<br>    Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 5(a) and LR, D. Mass. 5.1(a)(1) and 83.5.2, please enter my appearance as counsel for the defendants/plaintiffs-in-cross-claim, Ocwen Federal Bank, FSB and Ocwen Financial Corporation, in the above-captioned action.

                                                                            Christopher J. DeCosta (BBO#657527)
                                                                            Michienzie & Sawin LLC
                                                                            745 Boylston Street
                                                                            Boston, MA 02116-2636
                                                                            (617) 227-5660

DATED: September 15, 2006

{00092633.DOC}

## CERTIFICATE OF SERVICE

    I, Christopher J. DeCosta, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on September 15, 2006.

                                                             _____
                                                             Christopher J. DeCosta