

# MELICK, PORTER & SHEA, LLP
### COUNSELLORS AT LAW

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRÉ A. SANSOUCY
ROBERT R. HAMEL, JR.
ROBERT W. HEALY
JENNIFER B. HARDY
ANGELA L. LACKARD
MAUREEN E. LANE *(NH)
ADAM M. GUTBIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA CLARK
JEREMY Y. WELTMAN
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE, JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
EVAN C. OUELLETTE
DENNIS M. LINDGREN
GREGORY M. BOUCHER *(NH)
DONNA D. CONVICER (CT ONLY)
NICOLE L. COOK *(NH)
DIANA D. DELANEY

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA M. MARCIN
VINCENT P. DUNN

*ALSO ADMITTED

——

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

369 SOUTH MAIN STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

65 BANK STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

65 MAIN STREET
PLYMOUTH, MA 02360
(508) 746-5976

——

MELICKLAW.COM

September 28, 2006

**Via Electronic Filing**

Clerk's Office, Civil
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   JOAN CHARLES vs.
      OCWEN FEDERAL BANK, FSB, ET AL
      U.S. District Court C.A. No. 04-11625RWZ

Dear Sir/Madam:

Please allow this letter to serve as an attachment to the defendant, One Call Insurance Agency's Motion for Summary Judgment, which was filed electronically today. This Motion was filed using the ECF account of Kerry D. Florio, Esq. who was serving as associate counsel to this defendant until she left our firm recently. William D. Chapman, Esq. is currently serving as lead counsel for this defendant, however, we were unable to access the ECF system using his log-in username and password. This office has called the ECF help desk in order to rectify this situation, but in the meantime, we wanted to ensure that One Call Insurance Company's Motion for Summary Judgment and Memorandum in Support of same was filed with the court by today's deadline. We have spoken to Jay Johnson, docket clerk for the U.S. District Court of Massachusetts, and explained this situation to him as well. If necessary, we will re-file the Motion for Summary Judgment once we have obtained the correct log-in information for Attorney Chapman.

Thank you for your attention to this matter. If there are any questions regarding this matter, please contact me directly at 617-502-9664.

Very truly yours,

*Kelly Cognac*

Kelly Cognac
Assistant to William D. Chapman