Cunningham Lindsey U.S., Inc.



235 Bear Hill Road Suite 102 B . Waltham, MA 02451
Telephone (781) 890-1696  Facsimile (781) 890-3819

February 11, 2004

Ms. Joan Charles
14 Ditson St.
Dorchester, MA  02122

Re:  Insured: Joan Charles
     Date of Loss:  2/01/2004
     Our File:      100812003109

Dear Joan:

We are the independent insurance adjusters investigating the above-captioned matter on behalf of Assurant Group. We are aware that you sustained a fire loss on February 1, 2004 at your residence at 14 Ditson Street, Dorchester, Massachusetts.

On February 4, 2004 we received this assignment from Assurant Group and have made numerous attempts to contact you in an effort to schedule an appointment to inspect your loss. Please note, we were provided with your contact number of (857) 212-6182 and were advised that you could be reached at (617) 282-8920. We have left several voice mail messages at this number and kindly request that you contact us at your earliest convenience so we can schedule an appointment to inspect the fire damaged property. We are unaware whether your property's windows and doors have been secured with plywood which would prevent us from inspecting the interior damage.

Please contact the undersigned at (781) 890-1696, extension 102 at your earliest convenience.

Thank you for your anticipated cooperation in this matter.

Sincerely,
Cunningham Lindsey U.S., Inc.


Ian C. Young, Adjuster
ICY/rr

cc: Assurant Group