Cunningham Lindsey U.S., Inc.

235 Bear Hill Road Suite 102 B , Waltham, MA 02451
Telephone (781) 890-1696  Facsimile (781) 890-3819



March 11, 2004

AMERICAN SECURITY INSURANCE COMPANY
P. O. BOX 740252
ATLANTA, GA 30374-0252

Attn:   Runan Belcher

| | |
|---|---|
| Claim No: | CO4001660 |
| Insured: | Joan Charles |
| Policy No : | 100540636 |
| Policy Term: | - |
| Date of Loss: | 2/1/2004 |
| Type of Loss: | FIRE AND LIGHTNING - HO |
| Location of Loss: | 14 Ditson St. , Dorchester, MA   02122 |
| Agent/Broker: | |
| Our File No.: | 100812003109 |

## SECOND REPORT

### ASSIGNMENT/CONTACT:

We received this assignment from your Company on February 4, 2004 and contacted the insured that same date. Our actual inspection was completed on February 19, 2004

### ESTIMATED LOSS:

| ITEM | INSURANCE CARRIED | ESTIMATED LOSS |
|---|---|---|
| Building | not provided | $ 106,839.00 |
| Less depreciation | | $  18,271.00 |
| Total ACV Claim: | | $ 88,568.00 |

Please note: We were not provided with the insured's policy deductible amount, therefore, we have not applied it to the total ACV claim amount.

### COVERAGE:

Coverage was provided us by your Company under your policy number 100540636. The policy is issued to Joan Charles. Ms. Charles appears to have resided at 14 Ditson Street, Dorchester, Massachusetts, 02122. We were not provided with any policy effective dates or coverage amounts and, therefore, cannot comment on those figures. We ask you to please

provide us with the building policy coverage limit as well as the insured's policy deductible.

## INSURED:

The insured in this matter is Joan Charles who appears to have resided at 14 Ditson St., Dorchester, Mass.

## RISK:

The risk is a three-story, wood frame building that appears to be utilized by your insured as her primary residence and rental income property. The dwelling appears to be maintained in good overall conditions. It measures 33 x 60 and is three stories high. The loss consists of a flat, built up roof and has vinyl siding.

## CAUSE AND ORIGIN:

The fire appears to have originated in the third floor kitchen or on the third floor rear porch. The kitchen is located in the rear of the dwelling and it appears that the most intensive heat of the fire did occur on the rear section of the third floor.

- We seek your Company's direction as to whether you wish us to hire a cause and original expert to determine the exact cause and origin of this loss. We have forwarded the attached fire report request form to the City of Boston Fire Department. Upon receipt of that Report, we will be able to comment further on the exact cause and origin of this loss.

### Fire Investigation:

As mentioned above, we have forwarded the attached Fire Report request form to the City of Boston Fire Department. In our discussion with them, then indicated they would forward this Report within two days of receipt of our request.

### Experts:

As indicated above, we seek your Company's position on whether you wish us to obtain the cervices of a cause and origin expert.

## ADJUSTMENT:

We have not received any response to our attached letter that we sent to the additional insured. Once we arrived at the insured's dwelling, we discovered that the front door had a padlock, at which time we did inspect the exterior damage. During our inspection we were confronted by several persons in the area inquiring what our intentions were in walking around in the insured's dwelling. We communicated to them that we were insurance adjusters investigating this loss, at which time the insured's neighbor indicated to us that he had the keys to the padlock and that he would allow us access to inspect the property.

We began our investigation on the third floor where we believe the fire originated and we determined that the kitchen and rear hallway sustained extensive structural damage. Please note, the flat, built up roof also sustained structural damage to the roof framing. We ask you to please refer to our attached photographs for the best description of this damage. During our investigation, we also determined that once the building was on fire, there was exposure

damage to both houses located on either side of the insured's dwelling. Please see our attached diagram that shows the dwelling located at 31 Josephine Street that is located directly

behind the insured's dwelling and the dwelling located on the left of the insured's dwelling that is number 10 Ditson Street. At the time of our inspection, we could not access either of these homes as noone came to answer the door. Therefore, we are unaware who owns of these properties. However, we do believe that the homeowners of both dwellings most likely reported their losses to their own homeowner carriers.

### Building:

As indicated above, the insured's dwelling sustained extensive fire damage to the third floor, exterior, rear porches and roof. The two floors located below also sustained water damage from the activity of the firemen. We have prepared the attached, detailed building estimate addressing all necessary repairs based on our inspection, that totals $106,839.00 less depreciation of $18,271.00 for a total ACV claim of $88,568.00. Please note, we have not applied the insured's policy deductible as the amount was not provided to us.

### PILR:

Please see the attached PILR which we have forwarded to ISO Claims Services, per your Company's request.

## FURTHER ACTIVITIES:

This is the present status of our file. We will now diary our file ahead an additional thirty days while we await your Company's response on how you wish us to proceed with the handling of this loss.

Sincerely,
**Cunningham Lindsey U.S., Inc.**

Ian C. Young, Adjuster

Enc:   Our detailed building estimate.
       Fire Report request form.
       Loss photographs.
       Diagram.

C 0411



C 0412

# Adjuster Summary

Claim #    04-10231

| | | |
|---|---|---|
| Adjuster<br>    IntegriClaim<br>Phone<br>Fax | **Cunningham Lindsey U.S., Inc.**<br>235 Bear Hill Road Suite 102B<br>Waltham, MA  02451 | March 8, 2004<br>fire caused structural and<br>cosmetic damage |
| Insured Name   Charles, Joan<br>Loss Address    14 Ditson St., Dorchester, MA  02122<br>Phone Number<br>Other Phone<br>Ins Company   ASG/Assurant | Policy #    1000540636<br>Ins Claim #  C04001660 | Date of Loss   02/01/2004 |

## Coverage - Building

**Exterior (60' x 33' x 8')**
1,980 sf Floor    1,48: sf Wall    1,980 sf Ceiling    186 lf Floor    186 lf Ceiling    15,840 cf Volume

| | Repl. Cost | | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace Built-Up Roof | 19 8 SQ @ $272.32 | $5,391.94 | $1,347.98 | $4,043.96 | | |
| Replace Insulation, Rigid | 1488 SF @ $0.83 | $1,235.04 | $308.76 | $926.28 | | |
| Replace Rafters | 1551 LF @ $3.18 | $4,932.18 | $1,085.08 | $3,847.10 | | |
| Replace Roof Sheathing | 1980 SF @ $0.83 | $1,643.40 | $410.85 | $1,232.55 | | |
| Replace Flashing, Aluminum | 186 LF @ $4.61 | $857.46 | $214.37 | $643.09 | | |
| Replace Wall Sheathing Plywood | 1488 SF @ $1.24 | $1,845.12 | $405.93 | $1,439.19 | | |
| Replace Housewrap | 2418 SF @ $0.22 | $531.96 | $132.99 | $398.97 | | |
| Replace Siding, Vinyl | 2418 SF @ $2.32 | $5,609.76 | $1,402.44 | $4,207.32 | | |
| Replace Guttering | 153 LF @ $5.45 | $833.85 | $208.46 | $625.39 | | |
| Replace Fascia | 153 LF @ $2.21 | $338.13 | $84.53 | $253.60 | | |
| Replace Damaged Wall Framing | 1 LS @ $5,170.00 ʷ | $5,170.00 | $0.00 | $5,170.00 | N | N |

this includes jacking and shoring the rear wall as the structural repairs are completed.

4 men at 3 days = 96hrs x $45.00= $4,320.00 + material allowance $850.00= $5,170.00

| | Exterior Total | $28,388.84 | $5,601.39 | $22,787.45 | | |
|---|---|---|---|---|---|---|

**Rear Porch (21' x 4' x 8' (3))**
252 sf Floor    1,20 : sf Wall    252 sf Ceiling    150 lf Floor    150 lf Ceiling    2,016 cf Volume

| | Repl. Cost | | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace rear porches  21' x 4' = 84sf @ 22.50/sf= $1,890.00 | 3 EA @ $1,890.00 ʷ | $5,670.00 | $0.00 | $5,670.00 | N | N |
| Install and Dismantle Stagging | 2 WK @ $415.00 ʷ | $830.00 | $0.00 | $830.00 | N | N |
| Paint Porch, includes material | 20 HR @ $37.50 ʷ | $750.00 | $165.00 | $585.00 | N | N |
| | Rear Porch Total | $7,250.00 | $165.00 | $7,085.00 | | |

**Kitchen (12' 2" x 11' 2" x 9')**
136 sf Floor    420 sf Wall    136 sf Ceiling    47 lf Floor    47 lf Ceiling    1,223 cf Volume

C 0413

| | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 136 SF @ $1.22 | $165.92 | $33.18 | $132.74 | |
| Replace Plaster Ceiling, Thin Coat | 15.12 SY @ $16.83 | $254.47 | $55.98 | $198.49 | |
| Paint Ceiling | 136 SF @ $0.70 | $95.20 | $19.04 | $76.16 | |
| Replace Plaster Walls, Thin Coat | 46.67 SY @ $12.81 | $597.84 | $131.52 | $466.32 | |
| Paint Walls | 420 SF @ $0.70 | $294.00 | $64.68 | $229.32 | |
| Replace Insulation, Batt | 420 SF @ $0.43 | $180.60 | $39.73 | $140.87 | |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 | |
| Replace Cabinet, Base, Wood | 6 LF @ $98.00 | $588.00 | $117.60 | $470.40 | |
| Replace Kitchen Sink, Double | 1 EA @ $257.00 | $257.00 | $56.54 | $200.46 | |

Average grade, stainless steel double kitchen sink and labor to install

| | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Stove, Gas | 1 EA @ $424.72 | $424.72 | $106.18 | $318.54 | |
| Replace Window, Double Hung Vinyl | 2 EA @ $352.41 | $704.82 | $155.06 | $549.76 | |
| Replace Window Trim | 2 EA @ $58.00 | $116.00 | $25.52 | $90.48 | |
| Paint Window Trim | 2 EA @ $24.12 | $48.24 | $10.61 | $37.63 | |
| Replace Door Trim | 2 EA @ $54.42 | $108.84 | $21.77 | $87.07 | |
| Replace Subfloor - | 136 SF @ $1.46 | $198.56 | $43.68 | $154.88 | |
| Replace Vinyl Sheet Floor | 15.12 SY @ $28.93 | $437.42 | $96.23 | $341.19 | |
| | Kitchen Total | $4,563.94 | $997.63 | $3,566.31 | |

**Rear Hallway (8' 9" x 3' 3" x 9')**
28 sf Floor   216 sf Wall   28 sf Ceiling   24 lf Floor   24 lf Ceiling   256 cf Volume

| | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 28 SF @ $1.22 | $34.16 | $6.83 | $27.33 | |
| Replace Plaster Ceiling, Thin Coat | 3.12 SY @ $16.83 | $52.51 | $11.55 | $40.96 | |
| Paint Ceiling | 28 SF @ $0.70 | $19.60 | $4.31 | $15.29 | |
| Replace Plaster Walls, Thin Coat | 24 SY @ $12.81 | $307.44 | $67.64 | $239.80 | |
| Replace Insulation, Batt | 216 SF @ $0.43 | $92.88 | $20.43 | $72.45 | |
| Paint Walls | 216 SF @ $0.70 | $151.20 | $33.26 | $117.94 | |
| Replace Cased Opening, Door | 3 EA @ $54.42 | $163.26 | $35.92 | $127.34 | |
| Paint Cased Opening, Door | 3 EA @ $20.36 | $61.08 | $13.44 | $47.64 | |
| Replace Flush Int. SC Door, Pre-Hung | 2 EA @ $232.41 | $464.82 | $102.26 | $362.56 | |
| Paint Flush Int. SC Door, Pre-Hung | 2 EA @ $38.31 | $76.62 | $16.86 | $59.76 | |
| Refinish Hardwood Floor | 28 SF @ $2.52 | $70.56 | $15.52 | $55.04 | |
| | Rear Hallway Total | $1,494.13 | $328.02 | $1,166.11 | |

**Right Rear Bedroom (11' 6" x 8' 4" x 9')**
96 sf Floor   357 sf Wall   96 sf Ceiling   40 lf Floor   40 lf Ceiling   863 cf Volume

| | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Plaster Ceiling, Thin Coat | 10.67 SY @ $16.83 | $179.58 | $39.51 | $140.07 | |
| Replace Ceiling Insulation | 96 SF @ $1.22 | $117.12 | $25.77 | $91.35 | |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 | |
| Paint Ceiling | 96 SF @ $0.70 | $67.20 | $14.78 | $52.42 | |
| Replace Plaster Walls, Thin Coat | 39.67 SY @ $12.81 | $508.17 | $111.80 | $396.37 | |
| Replace Insulation, Batt | 357 SF @ $0.43 | $153.51 | $33.77 | $119.74 | |
| Paint Walls | 357 SF @ $0.70 | $249.90 | $49.98 | $199.92 | |
| Replace Window, Double Hung, Vinyl | 1 EA @ $352.41 | $352.41 | $70.48 | $281.93 | |
| Replace Subfloor - | 96 SF @ $1.46 | $140.16 | $30.84 | $109.32 | |

Adjuster Summary (MS/B 0120)         - 2 -         Mar 8, 2004
Claim # 04-10231

C 0414

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Replace T&G Hardwood Floor | 100.8 SF @ $6.33 | $638.06 | $140.37 | $497.69 |  |
| Refinish T&G Hardwood Floor | 96 SF @ $2.52 | $241.92 | $53.22 | $188.70 |  |
| Right Rear Bedroom Total |  | $2,740.34 | $590.83 | $2,149.51 |  |

### Middle Hallway (21' x .'3" x 9')
68 sf Floor  436 sf Wall  68 sf Ceiling  48 lf Floor  48 lf Ceiling  614 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Plaster Ceiling, Thin Coat | 7.56 SY @ $16.83 | $127.23 | $27.99 | $99.24 |  |
| Replace Ceiling Insulation | 68 SF @ $1.22 | $82.96 | $18.25 | $64.71 |  |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 |  |
| Paint Ceiling | 68 SF @ $0.70 | $47.60 | $10.47 | $37.13 |  |
| Replace Plaster Walls, Thin Coat | 48.45 SY @ $12.81 | $620.64 | $136.54 | $484.10 |  |
| Replace Insulation, Batt | 436 SF @ $0.43 | $187.48 | $41.25 | $146.23 |  |
| Paint Walls | 436 SF @ $0.70 | $305.20 | $61.04 | $244.16 |  |
| Refinish T&G Hardwood Floor | 68 SF @ $2.52 | $171.36 | $37.70 | $133.66 |  |
| Rem & Reinstall Cased Opening Door | 1 EA @ $20.59 | $20.59 | $0.00 | $20.59 |  |
| Middle Hallway Total |  | $1,655.37 | $353.55 | $1,301.82 |  |

### Right Front Bedroom (1.'6" x 10'6" x 9')
152 sf Floor  450 sf Wall  152 sf Ceiling  50 lf Floor  50 lf Ceiling  1,370 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Plaster Ceiling, Thin Coat | 16.89 SY @ $16.83 | $284.26 | $62.54 | $221.72 |  |
| Replace Ceiling Insulation | 152 SF @ $1.22 | $185.44 | $40.80 | $144.64 |  |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 |  |
| Paint Ceiling | 152 SF @ $0.70 | $106.40 | $23.41 | $82.99 |  |
| Replace Plaster Walls, Thin Coat | 50 SY @ $12.81 | $640.50 | $140.91 | $499.59 |  |
| Replace Insulation, Batt | 450 SF @ $0.43 | $193.50 | $42.57 | $150.93 |  |
| Paint Walls | 450 SF @ $0.70 | $315.00 | $63.00 | $252.00 |  |
| Rem & Reinstall Cased Opening Door | 1 EA @ $20.59 | $20.59 | $0.00 | $20.59 |  |
| Replace Flush Int. SC Door, Pre-Hung | 1 EA @ $232.41 | $232.41 | $46.48 | $185.93 |  |
| Paint Flush Int. SC Door, Pre-Hung | 1 EA @ $38.31 | $38.31 | $8.43 | $29.88 |  |
| Replace Carpet, per SY | 16.89 SY @ $26.79 | $452.48 | $99.55 | $352.93 |  |
| Replace Carpet Pad, per SY | 16.89 SY @ $4.75 | $80.23 | $17.65 | $62.58 |  |
| Replace Subfloor - | 152 SF @ $1.46 | $221.92 | $48.82 | $173.10 |  |
| Replace Window, Double Hung, Vinyl | 2 EA @ $352.41 | $704.82 | $155.06 | $549.76 |  |
| Replace Window Trim | 2 EA @ $54.42 * | $108.84 | $23.94 | $84.90 |  |
| Paint Window Trim | 2 EA @ $24.00 * | $48.00 | $10.56 | $37.44 |  |
| Right Front Bedroom Total |  | $3,725.01 | $804.03 | $2,920.98 |  |

### Left Front Bedroom (11' x 10' x 9')
110 sf Floor  378 sf Wall  110 sf Ceiling  42 lf Floor  42 lf Ceiling  990 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Plaster Ceiling, Thin Coat | 12.23 SY @ $16.83 | $205.83 | $45.28 | $160.55 |  |
| Replace Ceiling Insulation | 110 SF @ $1.22 | $134.20 | $29.52 | $104.68 |  |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 |  |
| Paint Ceiling | 110 SF @ $0.70 | $77.00 | $16.94 | $60.06 |  |
| Replace Plaster Walls, Thin Coat | 42 SY @ $12.81 | $538.02 | $118.36 | $419.66 |  |
| Replace Insulation, Batt | 378 SF @ $0.43 | $162.54 | $35.76 | $126.78 |  |

|  | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Paint Walls | 378 SF @ $0.70 | $264.60 | $52.92 | $211.68 | |
| Rem & Reinstall Cased Opening, Door | 1 EA @ $20.59 | $20.59 | $0.00 | $20.59 | |
| Replace Flush Int. SC Door, Pre Hung | 1 EA @ $232.41 | $232.41 | $46.48 | $185.93 | |
| Paint Flush Int SC Door, Pre-Hung | 1 EA @ $38.31 | $38.31 | $8.43 | $29.88 | |
| Replace Carpet, per SY | 12.23 SY @ $26.79 | $327.64 | $72.08 | $255.56 | |
| Replace Carpet Pad, per SY | 12.23 SY @ $4.75 | $58.09 | $12.78 | $45.31 | |
| Replace Subfloor - | 110 SF @ $1.46 | $160.60 | $35.33 | $125.27 | |
| Replace Window, Double Hung Vinyl | 2 EA @ $352.41 | $704.82 | $155.06 | $549.76 | |
| Replace Window Trim | 2 EA @ $54.42 | $108.84 | $23.94 | $84.90 | |
| Paint Window Trim | 2 EA @ $24.00 | $48.00 | $10.56 | $37.44 | |
| | Left Front Bedroom Total | $3,173.80 | $683.75 | $2,490.05 | |

### Middle Right Bedroom (11' 4" x 11' 8" x 9')
132 sf Floor    414 lf Wall    132 sf Ceiling    46 lf Floor    46 lf Ceiling    1,190 cf Volume

|  | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 132 SF @ $1.22 | $161.04 | $35.43 | $125.61 | |
| Replace Plaster Ceiling, Thin Coat | 14.67 SY @ $16.83 | $246.90 | $54.32 | $192.58 | |
| Paint Ceiling | 132 SF @ $0.70 | $92.40 | $20.33 | $72.07 | |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 | |
| Replace Insulation, Batt | 414 SF @ $0.43 | $178.02 | $39.16 | $138.86 | |
| Replace Plaster Walls, Thin Coat | 46 SY @ $12.81 | $589.26 | $129.64 | $459.62 | |
| Paint Walls | 414 SF @ $0.70 | $289.80 | $63.76 | $226.04 | |
| Replace Ceiling Fan | 1 EA @ $170.54 | $170.54 | $37.52 | $133.02 | |
| Replace Window, Double Hung Vinyl | 1 EA @ $352.41 | $352.41 | $77.53 | $274.88 | |
| Replace Subfloor - | 132 SF @ $1.46 | $192.72 | $42.40 | $150.32 | |
| Replace Carpet Pad, per SY | 14.67 SY @ $4.75 | $69.68 | $15.33 | $54.35 | |
| Replace Carpet, per SY | 14.67 SY @ $26.79 | $393.01 | $86.46 | $306.55 | |
| | Middle Right Bedroom Total | $2,828.09 | $622.19 | $2,205.90 | |

### Bathroom (8' 6" x 4' 8" x 9')
40 sf Floor    237 sf Wall    40 sf Ceiling    26 lf Floor    26 lf Ceiling    357 cf Volume

|  | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Paint Ceiling | 40 SF @ $0.70 | $28.00 | $6.16 | $21.84 | |
| Paint Walls | 237 SF @ $0.70 | $165.90 | $36.50 | $129.40 | |
| Rem & Reinstall Commode (Toilet) | 1 EA @ $84.00 | $84.00 | $0.00 | $84.00 | |
| Rem & Reinstall Vanity 30" | 1 EA @ $21.63 | $21.63 | $0.00 | $21.63 | |
| Replace Window, Casement | 1 EA @ $306.01 | $306.01 | $67.32 | $238.69 | |
| | Bathroom Total | $605.54 | $109.98 | $495.56 | |

### Living Room (15' 2" x 4' 4" x 9')
217 sf Floor    531 sf Wall    217 sf Ceiling    59 lf Floor    59 lf Ceiling    1,956 cf Volume

|  | | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 217 SF @ $1.22 | $264.74 | $58.24 | $206.50 | |
| Replace Plaster Ceiling, Thin Coat | 24.12 SY @ $16.83 | $405.94 | $89.31 | $316.63 | |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 | |
| Paint Ceiling | 217 SF @ $0.70 | $151.90 | $33.42 | $118.48 | |
| Replace Ceiling Fan | 1 EA @ $170.54 | $170.54 | $37.52 | $133.02 | |
| Replace Insulation, Batt | 531 SF @ $0.43 | $228.33 | $45.67 | $182.66 | |

Adjuster Summary (MS/B 0120)                - 4 -                Mar 8, 2004
Claim # 04-10231

C 0416

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace Plaster & Lath Walls | 59 SY @ $38.67 | $2,281.53 | $501.94 | $1,779.59 | | |
| Paint Walls | 531 SF @ $0.70 | $371.70 | $81.77 | $289.93 | | |
| Replace Flush Int. SC Door, Pre-Hung | 1 EA @ $232.41 | $232.41 | $51.13 | $181.28 | | |
| Paint Flush Int. SC Door, Pre-Hung | 1 EA @ $38.31 | $38.31 | $8.43 | $29.88 | | |
| Replace Subfloor - | 217 SF @ $1.46 | $316.82 | $69.70 | $247.12 | | |
| Replace T&G Hardwood Floor | 227.85 SF @ $6.33 | $1,442.29 | $317.30 | $1,124.99 | | |
| Refinish T&G Hardwood Floor | 217 SF @ $2.52 | $546.84 | $120.30 | $426.54 | | |
| Replace Window, Double Hung, Vinyl | 3 EA @ $352.41 | $1,057.23 | $232.59 | $824.64 | | |
| Replace Window Trim | 3 EA @ $54.42 * | $163.26 | $35.92 | $127.34 | | |
| Paint Window Trim | 3 EA @ $24.00 * | $72.00 | $15.84 | $56.16 | | |
| | Living Room Total | $7,836.15 | $1,719.39 | $6,116.76 | | |

**Den (10' 6" x 8' 4" x 8')**
88 sf Floor    301 s Wall    88 sf Ceiling    38 lf Floor    38 lf Ceiling    700 cf Volume

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace Ceiling Insulation | 88 SF @ $1.22 | $107.36 | $23.62 | $83.74 | | |
| Replace Plaster Ceiling, Thin Coat | 9.78 SY @ $16.83 | $164.60 | $36.21 | $128.39 | | |
| Paint Ceiling | 88 SF @ $0.70 | $61.60 | $13.55 | $48.05 | | |
| Replace Light Fixture | 1 EA @ $92.31 | $92.31 | $20.31 | $72.00 | | |
| Replace Insulation, Batt | 301 SF @ $0.43 | $129.43 | $28.47 | $100.96 | | |
| Replace Plaster Walls, Thin Coa | 33.45 SY @ $12.81 | $428.49 | $94.27 | $334.22 | | |
| Replace Flush Int. SC Door, Pre Hung | 1 EA @ $232.41 | $232.41 | $51.13 | $181.28 | | |
| Paint Flush Int. SC Door, Pre-Hung | 1 EA @ $38.31 | $38.31 | $8.43 | $29.88 | | |
| Replace Cased Opening, Door | 1 EA @ $54.42 | $54.42 | $11.97 | $42.45 | | |
| Paint Cased Opening, Door | 1 EA @ $20.36 | $20.36 | $4.48 | $15.88 | | |
| Replace Subfloor - | 88 SF @ $1.46 | $128.48 | $28.27 | $100.21 | | |
| Replace Carpet Pad, per SY | 9.78 SY @ $4.75 | $46.46 | $10.22 | $36.24 | | |
| Replace Carpet, per SY | 9.78 SY @ $26.79 | $262.01 | $57.64 | $204.37 | | |
| | Den Total | $1,766.24 | $388.57 | $1,377.67 | | |

**Stairwell from the 3rd floor (18' 4" x 5' 6" x 12')**
101 sf Floor    572 s Wall    101 sf Ceiling    48 lf Floor    48 lf Ceiling    1,210 cf Volume

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Paint Ceiling | 101 SF @ $0.70 | $70.70 | $15.55 | $55.15 | | |
| Replace Insulation, Batt as necs | 1 LS @ $155.00 * | $155.00 | $0.00 | $155.00 | | |
| Repair Plaster Wall | 1 LS @ $235.00 w | $235.00 | $0.00 | $235.00 | N | N |
| Paint Aromatic Cedar Board Walls | 572 SF @ $0.54 | $308.88 | $67.95 | $240.93 | | |
| Replace Window, Casement, Vinyl | 1 EA @ $389.21 | $389.21 | $85.63 | $303.58 | | |
| Replace Window Trim | 1 EA @ $54.42 * | $54.42 | $11.97 | $42.45 | | |
| Paint Window trim | 1 EA @ $24.00 * | $24.00 | $5.28 | $18.72 | | |
| | Stairwell from the 3rd floor Total | $1,237.21 | $186.38 | $1,050.83 | | |

**Master Bedroom (12' x 12' x 9')**
144 sf Floor    432 s Wall    144 sf Ceiling    48 lf Floor    48 lf Ceiling    1,296 cf Volume

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace Acoustical Ceiling Tile | 144 SF @ $2.58 | $371.52 | $81.73 | $289.79 | | |
| Paint Acoustical Ceiling Tile | 144 SF @ $0.54 | $77.76 | $17.11 | $60.65 | | |
| Rem & Reinstall Ceiling Fan | 1 EA @ $52.36 | $52.36 | $0.00 | $52.36 | | |

Adjuster Summary (MS/B 0120)   - 5 -   Mar 8, 2004
Claim # 04-10231

C 0417

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Paint Ceiling | 144 SF @ $0.70 | $100.80 | $22.18 | $78.62 |  |
| Paint Walls | 432 SF @ $0.70 | $302.40 | $66.53 | $235.87 |  |
| Replace Window, Double Hung, Vinyl | 1 EA @ $352.41 | $352.41 | $77.53 | $274.88 |  |
| Replace Window Trim | 1 EA @ $54.42 * | $54.42 | $11.97 | $42.45 |  |
| Paint Window Trim | 1 EA @ $24.00 * | $24.00 | $5.28 | $18.72 |  |
| Refinish T&G Hardwood Floor | 144 SF @ $2.52 | $362.88 | $79.83 | $283.05 |  |
| Master Bedroom Total |  | $1,698.55 | $362.16 | $1,336.39 |  |

### Kitchen (12' 2" x 11' 6" x 9')
140 sf Floor    426 s Wall    140 sf Ceiling    47 lf Floor    47 lf Ceiling    1,259 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 140 SF @ $1.22 | $170.80 | $37.58 | $133.22 |  |
| Replace Plaster Ceiling, Thin Coat | 15.56 SY @ $16.83 | $261.87 | $57.61 | $204.26 |  |
| Paint Ceiling | 140 SF @ $0.70 | $98.00 | $21.56 | $76.44 |  |
| Replace Ceiling Fan | 1 EA @ $170.54 | $170.54 | $37.52 | $133.02 |  |
| Replace Insulation, Batt | 426 SF @ $0.43 | $183.18 | $40.30 | $142.88 |  |
| Replace Plaster Walls, Thin Coa | 47.34 SY @ $12.81 | $606.43 | $133.41 | $473.02 |  |
| Paint Walls | 426 SF @ $0.70 | $298.20 | $65.60 | $232.60 |  |
| Replace Cabinet, Wall, Wood | 12 LF @ $63.89 | $766.68 | $168.67 | $598.01 |  |
| Refinish Cabinet, Wall, Wood | 12 LF @ $20.20 | $242.40 | $53.33 | $189.07 |  |
| Replace Cabinet Hardware | 4 EA @ $16.91 | $67.64 | $14.88 | $52.76 |  |
| Replace Cabinet, Base, Wood | 8 LF @ $98.00 | $784.00 | $172.48 | $611.52 |  |
| Refinish Cabinet, Base, Wood | 8 LF @ $20.20 | $161.60 | $35.55 | $126.05 |  |
| Replace Countertop, Formica | 8 LF @ $28.76 | $230.08 | $50.62 | $179.46 |  |
| Rem & Reinstall Kitchen Sink, Double | 1 EA @ $84.00 | $84.00 | $0.00 | $84.00 |  |
| Replace Flush SC Door, Wood | 1 EA @ $309.64 | $309.64 | $68.12 | $241.52 |  |
| Paint Flush SC Door, Wood | 1 EA @ $43.70 | $43.70 | $9.61 | $34.09 |  |
| Replace Cased Opening, Door | 1 EA @ $54.42 | $54.42 | $120.81 | ($66.39) |  |
| Paint Cased Opening, Door | 1 EA @ $20.36 | $20.36 | $4.48 | $15.88 |  |
| Replace Subfloor - | 140 SF @ $1.46 | $204.40 | $44.97 | $159.43 |  |
| Replace Vinyl Floor Tile | 140 SF @ $2.40 | $336.00 | $73.92 | $262.08 |  |
| Kitchen Total |  | $5,093.94 | $1,211.02 | $3,882.92 |  |

### Rear Hallway (8' 9" x 3' 3" x 9')
28 sf Floor    216 s Wall    28 sf Ceiling    24 lf Floor    24 lf Ceiling    256 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Replace Ceiling Insulation | 28 SF @ $1.22 | $34.16 | $7.52 | $26.64 |  |
| Replace Plaster Ceiling, Thin Coat | 3.12 SY @ $16.83 | $52.51 | $11.55 | $40.96 |  |
| Paint Ceiling | 28 SF @ $0.70 | $19.60 | $4.31 | $15.29 |  |
| Replace Plaster Walls, Thin Coa | 24 SY @ $12.81 | $307.44 | $67.64 | $239.80 |  |
| Paint Plaster Walls, Thin Coat | 24 SY @ $4.97 | $119.28 | $26.24 | $93.04 |  |
| Replace Subfloor - | 28 SF @ $1.46 | $40.88 | $8.99 | $31.89 |  |
| Refinish T&G Hardwood Floor | 28 SF @ $2.52 | $70.56 | $15.52 | $55.04 |  |
| Refinish Cased Opening, Door | 1 EA @ $34.43 | $34.43 | $7.57 | $26.86 |  |
| Rear Hallway Total |  | $678.86 | $149.34 | $529.52 |  |

### Right Rear Bedroom (11' 6" x 8' 4" x 9')
96 sf Floor    357 s Wall    96 sf Ceiling    40 lf Floor    40 lf Ceiling    863 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 96 SF @ $0.25 | $24.00 | $0.00 | $24.00 |  |
| Clean Walls - | 357 SF @ $0.25 | $89.25 | $0.00 | $89.25 |  |
| Replace Carpet Pad, per SY | 10.67 SY @ $4.75 | $50.68 | $11.15 | $39.53 |  |
| Replace Carpet, per SY | 10.67 SY @ $26.79 | $285.85 | $62.89 | $222.96 |  |
| Right Rear Bedroom Total |  | $449.78 | $74.04 | $375.74 |  |

### Hallway (21' x 3' 3" x ?')
68 sf Floor    436 sf Wall    68 sf Ceiling    48 lf Floor    48 lf Ceiling    614 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 68 SF @ $0.25 | $17.00 | $0.00 | $17.00 |  |
| Clean Walls - | 436 SF @ $0.25 | $109.00 | $0.00 | $109.00 |  |
| Refinish T&G Pine Floor | 68 SF @ $2.52 | $171.36 | $37.70 | $133.66 |  |
| Hallway Total |  | $297.36 | $37.70 | $259.66 |  |

### Right Front Bedroom (11' 6" x 10' 6" x 9')
152 sf Floor    450 sf Wall    152 sf Ceiling    50 lf Floor    50 lf Ceiling    1,370 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 152 SF @ $0.25 | $38.00 | $0.00 | $38.00 |  |
| Clean Walls - | 450 SF @ $0.25 | $112.50 | $0.00 | $112.50 |  |
| Replace Carpet Pad, per SY | 16.89 SY @ $4.75 | $80.23 | $17.65 | $62.58 |  |
| Replace Carpet, per SY | 16.89 SY @ $26.79 | $452.48 | $99.55 | $352.93 |  |
| Right Front Bedroom Total |  | $683.21 | $117.20 | $566.01 |  |

### Left Front Bedroom (11 x 10' x 9')
110 sf Floor    378 sf Wall    110 sf Ceiling    42 lf Floor    42 lf Ceiling    990 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 110 SF @ $0.25 | $27.50 | $0.00 | $27.50 |  |
| Clean Walls - | 378 SF @ $0.25 | $94.50 | $0.00 | $94.50 |  |
| Replace Carpet Pad, per SY | 12.23 SY @ $4.75 | $58.09 | $12.78 | $45.31 |  |
| Replace Carpet, per SY | 12.23 SY @ $26.79 | $327.64 | $72.08 | $255.56 |  |
| Left Front Bedroom Total |  | $507.73 | $84.86 | $422.87 |  |

### Middle Bedroom (11' 4" x 11' 8" x 9')
132 sf Floor    414 sf Wall    132 sf Ceiling    46 lf Floor    46 lf Ceiling    1,190 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 132 SF @ $0.25 | $33.00 | $0.00 | $33.00 |  |
| Clean Walls - | 414 SF @ $0.25 | $103.50 | $0.00 | $103.50 |  |
| Replace Carpet Pad, per SY | 14.67 SY @ $4.75 | $69.68 | $0.00 | $69.68 |  |
| Replace Carpet, per SY | 14.67 SY @ $26.79 | $393.01 | $0.00 | $393.01 |  |
| Middle Bedroom Total |  | $599.19 | $0.00 | $599.19 |  |

### Bathroom (8' 6" x 4' 8" x 9')
40 sf Floor    237 sf Wall    40 sf Ceiling    26 lf Floor    26 lf Ceiling    357 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 40 SF @ $0.25 | $10.00 | $0.00 | $10.00 |  |

Adjuster Summary (MS/B 0120)         -7-         Mar 8, 2004
Claim # 04-10231

C 0419

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Walls - | 237 SF @ $0.25 | $59.25 | $0.00 | $59.25 |
| Clean & Wax Floor, per SF | 40 SF @ $0.39 | $15.60 | $0.00 | $15.60 |
| Bathroom Total | | $84.85 | $0.00 | $84.85 |

### Living Room (15' 2" x 4' 4" x 8')
217 sf Floor  472 f Wall  217 sf Ceiling  59 lf Floor  59 lf Ceiling  1,739 cf Volume

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Ceiling - | 217 SF @ $0.25 | $54.25 | $0.00 | $54.25 |
| Clean Walls - | 472 SF @ $0.25 | $118.00 | $0.00 | $118.00 |
| Replace Carpet Pad, per SY | 24.12 SY @ $4.75 | $114.57 | $0.00 | $114.57 |
| Replace Carpet, per SY | 24.12 SY @ $26.79 | $646.17 | $0.00 | $646.17 |
| Living Room Total | | $932.99 | $0.00 | $932.99 |

### Left Front Den (10' 6" : 8' 4" x 9')
88 sf Floor  339 f Wall  88 sf Ceiling  38 lf Floor  38 lf Ceiling  788 cf Volume

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Ceiling - | 88 SF @ $0.25 | $22.00 | $0.00 | $22.00 |
| Clean Walls - | 339 SF @ $0.25 | $84.75 | $0.00 | $84.75 |
| Replace Carpet Pad, per SY | 9.78 SY @ $4.75 | $46.46 | $0.00 | $46.46 |
| Replace Carpet, per SY | 9.78 SY @ $26.79 | $262.01 | $0.00 | $262.01 |
| Left Front Den Total | | $415.22 | $0.00 | $415.22 |

### Kitchen (12' 2" x 11' 2" x 9')
136 sf Floor  420 sf Wall  136 sf Ceiling  47 lf Floor  47 lf Ceiling  1,223 cf Volume

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Ceiling - | 136 SF @ $0.25 | $34.00 | $0.00 | $34.00 |
| Clean Walls - | 420 SF @ $0.25 | $105.00 | $0.00 | $105.00 |
| Clean & Wax Floor, per SF | 136 SF @ $0.39 | $53.04 | $0.00 | $53.04 |
| Kitchen Total | | $192.04 | $0.00 | $192.04 |

### Hallway (8' 9" x 3' 3" x 9')
28 sf Floor  216 sf Wall  28 sf Ceiling  24 lf Floor  24 lf Ceiling  256 cf Volume

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Ceiling - | 28 SF @ $0.25 | $7.00 | $0.00 | $7.00 |
| Clean Walls - | 216 SF @ $0.25 | $54.00 | $0.00 | $54.00 |
| Refinish T&G Pine Floor | 28 SF @ $2.52 | $70.56 | $15.52 | $55.04 |
| Hallway Total | | $131.56 | $15.52 | $116.04 |

### Right Rear Bedroom (1 ' 6" x 8' 4" x 9')
96 sf Floor  357 sf Wall  96 sf Ceiling  40 lf Floor  40 lf Ceiling  863 cf Volume

|  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|
| Clean Ceiling - | 96 SF @ $0.25 | $24.00 | $0.00 | $24.00 |
| Clean Walls - | 357 SF @ $0.25 | $89.25 | $0.00 | $89.25 |
| Replace Carpet Pad, per SY | 10.67 SY @ $4.75 | $50.68 | $11.15 | $39.53 |
| Replace Carpet, per SY | 10.67 SY @ $26.79 | $285.85 | $62.89 | $222.96 |

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
|  | Right Rear Bedroom Total | $449.78 | $74.04 | $375.74 |  |

### Hallway (21' x 3' 3" x 9')
68 sf Floor    436 sf Wall    68 sf Ceiling    48 lf Floor    48 lf Ceiling    614 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 68 SF @ $0.25 | $17.00 | $0.00 | $17.00 |  |
| Clean Walls - | 436 SF @ $0.25 | $109.00 | $0.00 | $109.00 |  |
| Refinish T&G Pine Floor | 68 SF @ $2.52 | $171.36 | $37.70 | $133.66 |  |
|  | Hallway Total | $297.36 | $37.70 | $259.66 |  |

### Right Front Bedroom (11' 6" x 10' 6" x 9')
152 sf Floor    450 sf Wall    152 sf Ceiling    50 lf Floor    50 lf Ceiling    1,370 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 152 SF @ $0.25 | $38.00 | $0.00 | $38.00 |  |
| Clean Walls - | 450 SF @ $0.25 | $112.50 | $0.00 | $112.50 |  |
| Replace Carpet Pad, per SY | 16.89 SY @ $4.75 | $80.23 | $17.65 | $62.58 |  |
| Replace Carpet, per SY | 16.89 SY @ $26.79 | $452.48 | $99.55 | $352.93 |  |
|  | Right Front Bedroom Total | $683.21 | $117.20 | $566.01 |  |

### Left Front Bedroom (11 x 10' x 9')
110 sf Floor    378 sf Wall    110 sf Ceiling    42 lf Floor    42 lf Ceiling    990 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 110 SF @ $0.25 | $27.50 | $0.00 | $27.50 |  |
| Clean Walls - | 378 SF @ $0.25 | $94.50 | $0.00 | $94.50 |  |
| Replace Carpet Pad, per SY | 12.23 SY @ $4.75 | $58.09 | $12.78 | $45.31 |  |
| Replace Carpet, per SY | 12.23 SY @ $26.79 | $327.64 | $72.08 | $255.56 |  |
|  | Left Front Bedroom Total | $507.73 | $84.86 | $422.87 |  |

### Middle Bedroom (11' 8" x 11' 4" x 9')
132 sf Floor    414 sf Wall    132 sf Ceiling    46 lf Floor    46 lf Ceiling    1,190 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 132 SF @ $0.25 | $33.00 | $0.00 | $33.00 |  |
| Clean Walls - | 414 SF @ $0.25 | $103.50 | $0.00 | $103.50 |  |
| Replace Carpet Pad, per SY | 14.67 SY @ $4.75 | $69.68 | $15.33 | $54.35 |  |
| Replace Carpet, per SY | 14.67 SY @ $26.79 | $393.01 | $86.46 | $306.55 |  |
|  | Middle Bedroom Total | $599.19 | $101.79 | $497.40 |  |

### Bathroom (8' 6" x 4' 8" x 9')
40 sf Floor    237 sf Wall    40 sf Ceiling    26 lf Floor    26 lf Ceiling    357 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP RD |
|---|---|---|---|---|---|
| Clean Ceiling - | 40 SF @ $0.25 | $10.00 | $0.00 | $10.00 |  |
| Clean Walls - | 237 SF @ $0.25 | $59.25 | $0.00 | $59.25 |  |
| Clean & Wax Floor, per SF | 40 SF @ $0.39 | $15.60 | $0.00 | $15.60 |  |
|  | Bathroom Total | $84.85 | $0.00 | $84.85 |  |

C 0421

### Living Room (15' 2" x 14' 4" x 9')

217 sf Floor   531 sf Wall   217 sf Ceiling   59 lf Floor   59 lf Ceiling   1,956 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Clean Ceiling - | 217 SF @ $0.25 | $54.25 | $0.00 | $54.25 |  |  |
| Clean Walls - | 531 SF @ $0.25 | $132.75 | $0.00 | $132.75 |  |  |
| Replace Carpet Pad, per SY | 24.12 SY @ $4.75 | $114.57 | $25.21 | $89.36 |  |  |
| Replace Carpet, per SY | 24.12 SY @ $26.79 | $646.17 | $142.16 | $504.01 |  |  |
| Living Room Total |  | $947.74 | $167.37 | $780.37 |  |  |

### Den (10' 6" x 8' 4" x 9')

88 sf Floor   339 sf Wall   88 sf Ceiling   38 lf Floor   38 lf Ceiling   788 cf Volume

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Clean Ceiling - | 88 SF @ $0.25 | $22.00 | $0.00 | $22.00 |  |  |
| Clean Walls - | 339 SF @ $0.25 | $84.75 | $0.00 | $84.75 |  |  |
| Replace Carpet Pad, per SY | 9.78 SY @ $4.75 | $46.46 | $10.22 | $36.24 |  |  |
| Replace Carpet, per SY | 9.78 SY @ $26.79 | $262.01 | $57.64 | $204.37 |  |  |
| Den Total |  | $415.22 | $67.86 | $347.36 |  |  |

### General Conditions

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Check, Test, and Install Electrical | 24 HR @ $65.00 w | $1,560.00 | $0.00 | $1,560.00 | N | N |
| Check, Test and Install Plumbing as Necs. | 18 HR @ $65.00 w | $1,170.00 | $0.00 | $1,170.00 | N | N |
| Demo and Tear Out | 96 HR @ $35.00 w | $3,360.00 | $0.00 | $3,360.00 | N | N |
| Prep and Protection Allowance | 24 HR @ $30.00 w | $720.00 | $0.00 | $720.00 | N | N |
| Debris Disposal and Hauling | 3 LD @ $550.00 w | $1,650.00 | $0.00 | $1,650.00 | N | N |
| Ongoing and Post Site Clean Up | 32 HR @ $30.00 w | $960.00 | $0.00 | $960.00 | N | N |
| General Conditions Total |  | $9,420.00 | $0.00 | $9,420.00 |  |  |
| **Coverage - Building Totals** |  | **$92,435.02** | **$15,253.37** | **$77,181.65** |  |  |

### Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $92,435.02 | $15,253.37 | $77,181.65 |
| Less Amount Not Subject To Overhead & Profit | ($22,075.00) | ($165.00) | ($21,910.00) |
| Amount Subject To Overhead & Profit | $70,360.02 | $15,088.37 | $55,271.65 |
| Contractor's Overhead & Profit (20%) | $14,072.00 | $3,017.67 | $11,054.33 |
| Sub-Total | $84,432.02 | $18,106.04 | $66,325.98 |
| Amount Not Subject To Overhead & Profit | $22,075.00 | $165.00 | $21,910.00 |
| Total With Overhead & Profit | $106,507.02 | $18,271.04 | $88,235.98 |
| Mass tax | $331.63 | $0.00 | $331.63 |
| Total With Tax | $106,838.65 | $18,271.04 | $88,567.61 |
| Less Non-Recoverable Depreciation | ($165.00) | ($165.00) |  |
| Sub-Total | $106,673.65 | $18,106.04 | $88,567.61 |
| Less Deductible Applied ($0.00 Maximum) | $0.00 |  | $0.00 |
| **Net Claim** | **$106,673.65** | **$18,106.04** | **$88,567.61** |

Adjuster Summary (MS/B 0120)   - 10 -   Mar 8, 2004
Claim # 04-10231

C 0422

A copy of this document does not constitute a settlement of this claim. The above figures are subject to insurance company approval.

Accepted by_____  _____

Price Database Legend
All prices from MA-Boston Residential 09/2003
w = Write-in
* = Modified

C 0423