

# ASSURANT
## Solutions

260 Interstate N. Circle, NW
Atlanta, GA 30339-2111
T 770.763.1000
F 770.859.4403

Runan.belcher@assurant.com

May 26, 2004

Joan Charles
14 Ditson Street
Dorchester, MA 02122

RE: Named Insured     : Ocwen Federal Bank
    Additional Insured : Joan Charles
    Loan #             : 100540636
    Date of Loss       : 2/1/04
    Policy #           : ALR0723899030
    Claim #            : C04001660

The adjuster has made numerous attempts to contact you for a recorded statement and Sworn Statement in Proof of Loss. To date he has received no response from you.

The claim cannot be processed without the information requested. We are closing our file at this time, as it appears you are not interested in pursuing the claim.

Your cooperation is essential to the completion of your claim. The claim can be reopened when we received the requested information.

Be sure to include your claim or policy number on any correspondence sent to us

Runan A. Belcher

Runan A. Belcher
Claims Examiner
AMERICAN SECURITY INSURANCE COMPANY

cc: Ocwen Federal Bank
    Attn: Loss Drafts
    P. O Box 6501
    Springfield, OH 45501

This correspondence is written without prejudice to the parties herein involved and is not meant to be nor should it be considered to be a waiver of any of your rights or ours.