# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS
### CIVIL ACTION NO.: 04-11625 RWZ

|  |  |
|---|---|
| JOAN CHARLES,<br>       Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION and ONE CALL INSURANCE AGENCY, INC.,<br>       Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Massachusetts Property Insurance Underwriting Association ("MPIUA") and moves this Court to enter Summary Judgment in its favor.

In support thereof the Defendant MPIUA submits a Proposed Statement of Undisputed Material Facts, Affidavit of Joseph Tragno, and a Memorandum of Law of Defendant Massachusetts Property Insurance Underwriting Association in Support of Motion for Summary Judgment.

Respectfully submitted,
By my attorney,


/s/ Michael W. Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108
(617) 723-1720
MA BBO# 415900