# EXHIBIT "2"

SPECIAL ENDORSEMENT

SECTION I - CONDITIONS    (not applicable to HO 00 04)

K.	Mortgage Clause.

**Cancellation Provision**

Mortgage clause in Endorsement HO 01 20 is deleted. Paragraph 3. in applicable policy form (HO 00 02, HO 00 03, HO 00 05 or HO 00 06) is deleted and replaced by the following:

If we decide to cancel this policy, the mortgagee shown on the Declarations will be notified at least 20 days before the date cancellation takes effect.

A United States Postal Service certificate of mailing showing the name and address of the mortgagee will be sufficient proof of notice.

SECTIONS I AND II - CONDITIONS

D.	**Non-Renewal**
Non-Renewal. This condition in all Forms and in Endorsement HO 01 20 is deleted and replaced by the following:

We will not renew this policy automatically. A Renewal Offer/Premium Invoice will be sent to you. In order to continue coverage without interruption, you must return the premium invoice with your payment to Massachusetts Property Insurance Underwriting Association, before the expiration date of this policy. If payment of the premium is received by Massachusetts Property Insurance Underwriting Association within the time period provided in the Renewal Offer/Premium Invoice, Massachusetts Property Insurance Underwriting Association will renew this policy, effective as of the date of expiration of the policy. If payment is received by Massachusetts Property Insurance Underwriting Association after the time period provided in the Renewal Offer/Premium Invoice, Massachusetts Property Insurance Underwriting Association will determine whether to provide coverage, on what terms coverage will be provided and when coverage will become effective.

We may elect not to renew this policy. We may do so by delivery to you, or mailing to you at your last mailing address, shown in the Declarations, written notice at least 45 days before the expiration date of this policy, and to the mortgagee shown on the Declarations at least 10 days before the expiration date of this policy.

A United States Postal Service certificate of mailing showing the name and address of the mortgagee will be sufficient proof of notice to the mortgagee.

All other provisions of this policy apply.

HO-FP (12-01)