# EXHIBIT "3"

# EXPIRATION NOTIFICATION
## HOMEOWNERS POLICY PROGRAM
### THIS IS NOT A BINDER OF INSURANCE

**MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION**
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (617)557-5678

12/04/2003

POLICY NUMBER
**0662672 - 4**

EXPIRATION DATE
**01/08/2004**

NAMED INSURED & MAILING ADDRESS

JOAN CHARLES A/K/A JOAN F. GREAVES
14 DITSON STREET
DORCHESTER     MA     02122

PRODUCER

ONE CALL INS AGCY., INC.
121 B TREMONT ST
BRIGHTON     MA     02135

The policy will expire at 12:01 A.M., standard time, on the expiration date shown and will not automatically be renewed. To renew your insurance, return the tear-off portion of the Renewal Offer/Premium Invoice with either the Premium Due or Minimum Due.

THE RESIDENCE PREMISES COVERED BY THE POLICY IS LOCATED AT:
**14 DITSON STREET , DORCHESTER, MA 02122**
This offer applies to the Residence Premises. Coverage is provided where a Premium or Limit of Liability is shown for the Coverage.

**SECTION I COVERAGES:**

| | | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|---|
| A | Dwelling | $351,000 | $2,196 |
| B | Other Structures | $17,550 | |
| C | Personal Property | $105,300 | |
| D | Loss of Use | $105,300 | |

**SECTION II COVERAGES:**

| | | | |
|---|---|---|---|
| E | Personal Liability | $300,000 | $61 |
| F | Medical Payments to Others | $1,000 | |
| | | **TOTAL BASE PREMIUM** | **$2,257** |

**DEDUCTIBLE SECTION I:** $1,000 **EXCEPT** $2,000 **FOR WINDSTORM OR HAIL.**
IN CASE OF SECTION I LOSS, WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE STATED.

**FORM & ENDORSEMENTS** made part of this offer at the time of issue.

| | | | |
|---|---|---|---|
| DED ADJ | 10/00 | DEDUCTIBLE ADJUSTMENT | -$258 |
| HO 00 03 | 10/00 | SPECIAL FORM | |
| HO 01 20 | 09/01 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| HO 04 16 | 10/00 | PREMISES ALARM OR FIRE PROTECTION SYSTEM | -$44 |
| HO 04 27 | 04/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| HO 04 96 | 10/00 | NO SECTION II-LIABILITY FOR HOME DAY CARE COVERAGES | |
| HO 23 71 | 09/01 | MASSACHUSETTS TENANTS RELOCATION EXPENSE | $8 |
| HO 24 41 | 09/01 | LEAD POISONING EXCLUSION - MASSACHUSETTS | -$57 |
| HO FP | 12/01 | SPECIAL ENDDORSEMENT | |

|  |  |
|---|---|
| TOTAL PREMIUM ADJUSTMENT | -$351 |
| TOTAL ANNUAL PREMIUM | $1,906 |
| 25% DOWNPAYMENT (IF APPLICABLE) | $476.50 |

MORTGAGEE
OCWEN FEDERAL BANK FSB
ISAOA ATIMA
88 WILLIS ST
NEW BEDFORD     MA     02740

MORTGAGEE
CONSECO FINANCE MTG CORP
ISAOA ATIMA
P O BOX 6075
RAPID CITY     SD     57709-6075

RATING INFORMATION:     FAMILY     0003     Frame     TERRITORY     02     PROTECTION     02

TO INSURED: THE RENEWAL OFFER/PREMIUM INVOICE HAS BEEN SENT TO YOUR PRODUCER
IF IT IS NOT ENCLOSED WITH THIS NOTIFICATION.

Date: 12-04-2003     UMAHOEXP     INSURED COPY

**RENEWAL OFFER/PREMIUM INVOICE**

MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
(617) 723-3800
(800) 392-6108

| Insured's Name and Mailing Address | Producer |
|---|---|
| JOAN CHARLES A/K/A JOAN F. GREAVES<br>14 DITSON STREET<br>DORCHESTER, MA 02122 | ONE CALL INS AGCY., INC.<br>121 B TREMONT ST<br>BRIGHTON MA 02135 |

Expiration Date  01/08/ 2004                                    Policy Number    0662672 - 4

The Association offers to renew this policy. To accept this renewal offer please return the tear-off portion of this invoice and payment to the Association. To avoid a lapse in coverage this invoice and payment must be received by the Association on or before the Expiration date/Due date. If payment is received within sixty days of the Expiration date/Due date the policy will be renewed as of the date of the Associations receipt of the payment. Payments received by the Association more than sixty days after the Expiration date/Due date will be rejected and the policy will not be renewed.

Any changes to the Renewal Policy may only be made by submitting an Endorsement Request to the Association after you have paid this invoice. To make the changes effective as of the inception date of the Renewal Policy, the Endorsement Request must be received by the Association on or before the inception date of the Renewal Policy.

**Please Remember**

* Read the Inspection and Credit reporting notices on the reverse side.
* Make your check payable to  MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
* Write your policy number on your check.
* Mail the original tear-off portion of this Offer/Invoice and your check in the enclosed envelope.
* Mail only one original Offer/Invoice and one check per envelope. Copies of the Offer/Invoice cannot be processed by the lockbox.
* Do **not** send any other correspondence with this Offer/Invoice and your check.
* Do **not** send cash.
* Mail this Invoice and your check to the address below.

UMAEXPIH

Tear Here — PLEASE WRITE YOUR POLICY NUMBER ON YOUR CHECK AND RETURN THIS INVOICE WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED. — Tear Here

**INVOICE**

Insured's Name: JOAN CHARLES A/K/A JOAN F. GREAVES            Policy Number: 0662672 - 4

| Date Billed | Premium Due | Minimum Due | Due Date | Amount Enclosed |
|---|---|---|---|---|
| 12/04/ 2003 | $1,906.00 | $476.50 | 01/08/ 2004 | |

Please make sure your check is made payable and sent to:
MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
PO BOX 9693
MANCHESTER, NH 03108-9693

0662672200004000170000000476502004030 8