UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>　　　Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITERS ASSOCIATION, and ONE CALL INSURANCE AGENCY, INCORPORATED,<br>　　　Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

**MOTION FOR PARTIAL SUMMARY JUDGMENT
BY DEFENDANTS OCWEN LOAN SERVICING, LLC
AS SUCCESSOR-IN-INTEREST TO OCWEN FEDERAL BANK FSB
AND OCWEN FINANCIAL CORPORATION**

NOW COME the Defendants, Ocwen Loan Servicing, LLC as successor-in-interest to Ocwen Federal Bank FSB and Ocwen Financial Corporation ("Ocwen"), and respectfully moves this Court grant summary judgment for Ocwen on Counts I. III, IV, V and VIII of the Amended Complaint. In support of this motion, Ocwen refers to and incorporates by reference the attached *Concise Statement of Material Facts of Record*, the attached *Memorandum of Law in Support of Motion for Partial Summary Judgment* and the exhibits attached to the Affidavit of Christopher J. DeCosta, and the Affidavit of Chomie Neil.

{00093341.DOC}

Respectfully submitted by,

**DEFENDANTS OCWEN LOAN SERVICING, LLC AS SUCCESSOR-IN-INTEREST TO OCWEN FEDERAL BANK FSB AND OCWEN FINANCIAL CORPORATION**

By their attorneys,

 /s/ Christopher J. DeCosta
Paul Michienzie, Esq. - BBO #548701
Christopher J. DeCosta, Esq. – BBO #657527
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116

Dated: September 28, 2006

{00093341.DOC}

## CERTIFICATE OF SERVICE

I, Christopher J. DeCosta, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on September 28, 2006.

                                                /s/ Christopher DeCosta
                                                Christopher J. DeCosta

{00093341.DOC}