UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
JOAN CHARLES,                              \*
    Plaintiff,                             \*
vs.                                        \*    CIVIL ACTION
                                           \*    No. 04-11625RWZ
OCWEN FEDERAL BANK, FSB;                   \*
OCWEN FINANCIAL CORPORATION;               \*
MASSACHUSETTS PROPERTY                     \*
INSURANCE UNDERWRITING                     \*
ASSOCIATION; and                           \*
ONE CALL INSURANCE AGENCY,                 \*
INCORPORATED,                              \*
    Defendants.                            \*
                                           \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE OF LOCAL RULE 37.1**

    Defendant's counsel, William D. Chapman, certifies that he complied with Rule 37.1 prior to filing the Motion to Quash Deposition. The deposition subpoena was received by counsel on Friday, October 6, 2006. Our office contacted James Hoyt, the Plaintiff's counsel, on October 11, 2006 to confer regarding his willingness to withdraw the deposition subpoena. Attorney Hoyt refused to do so and we therefore advised him of our intention to file a Motion to Quash.

                                                ONE CALL INSURANCE AGENCY, INC.
                                                By its attorney,


                                                /s/ William D. Chapman
                                                William D. Chapman
                                                BBO #551261
                                                MELICK, PORTER & SHEA, LLP
                                                28 State Street
                                                Boston, MA 02109-1775
                                                (617) 523-6200

Date: October 11, 2006

## **CERTIFICATE OF SERVICE**

      I, William D. Chapman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                           /s/ William D. Chapman
                                           William D. Chapman

Dated: October 11, 2006