UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB, OCWEN FINANCIAL CORPORATION, MASSACHUSETTS PROPERTY INSURANCE UNDERWRITERS ASSOCIATION, and ONE CALL INSURANCE AGENCY, INCORPORATED,<br>    Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 37.1 AND 7.1A**

I hereby certify, as counsel for Ocwen Loan Servicing, LLC as successor-in-interest to Ocwen Federal Bank, FSB and Ocwen Financial Corporation, that I have complied with Local Rules 37.1 and 7.1A before filing Ocwen's Emergency Motion for Protective Order. I conferred with the Plaintiff's counsel via telephone on October 11, 2006 and requested that he withdraw his deposition notice. Mr. Hoyt declined my request, and stated his intention to take the deposition of Ocwen as scheduled.

                                                /s/ Christopher J. DeCosta
                                                Christopher J. DeCosta, (BBO# 657527)
                                                Attorney for the Defendants
                                                Michienzie & Sawin LLC
                                                745 Boylston Street, 5th Floor
                                                Boston, MA 02116

Dated: October 12, 2006

{00094551.DOC}

## CERTIFICATE OF SERVICE

I, Christopher J. DeCosta, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by U.S. mail, first class, postage pre-paid on October 12, 2006.

/s/ Christopher DeCosta
Christopher J. DeCosta

{00094551.DOC}