UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *Joan Charles*, ) <br>     *Plaintiff,* ) <br> ) <br> *v.* ) <br> ) <br> *Ocwen Federal Bank, FSB;* ) <br> *Ocwen Financial Corporation;* ) <br> *Massachusetts Property Insurance* ) <br> *Underwriting Association and One Call* ) <br> *Insurance Agency, Inc.* ) <br>     *Defendants.* ) | C.A. No. 04-11625-RWZ |

## PLAINTIFF, JOAN CHARLES' OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

NOW COMES the plaintiff in this action, Joan Charles (hereinafter "Plaintiff"), by and through her counsel, James Hoyt, Portnoy & Greene, P.C., and hereby submits this, her Opposition to the Motions for Summary Judgment filed by defendant Ocwen Loan Servicing, LLC, successor to Ocwen Federal Bank, FSB, ("Ocwen"), defendants One Call Insurance Agency, Inc. ("One Call") and Massachusetts Property Insurance Underwriting Association ("MPIUA").  In support of this motion, Plaintiff incorporates her Statement of Undisputed Facts and her Memorandum of Law with related exhibits.

WHEREFORE, Plaintiff requests that this Honorable Court deny the Motions of all Defendants, and grant Plaintiff's Motion for Partial Summary Judgment against Ocwen.

                                                              Respectfully Submitted,
                                                              The Plaintiff, Joan Charles
                                                              By her Attorney,

                                                              _____s/ James Hoyt_____
                                                              James Hoyt (BBO # 644651)
                                                              Portnoy & Greene, P.C.
                                                              687 Highland Ave.
                                                              Needham, MA 02494
Dated: October 19, 2006                                 (781) 644-6050

## CERTIFICATE OF SERVICE

     I, James Hoyt, hereby certify that a copy of the forgoing Opposition was served October 19, 2006 via the Court's ECF system to:

William B. Chapman
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

Michael W. Reilly
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108

Paul Michienzie
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA 02114

                                                                _____s/ James Hoyt_____
                                                                James Hoyt