UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11625-RWZ

| | |
|---|---|
| Joan Charles,<br>    Plaintiff,<br><br>v.<br><br>Ocwen Federal Bank, FSB;<br>Ocwen Financial Corporation;<br>Massachusetts Property Insurance<br>Underwriting Association;<br>and One Call Insurance Agency,<br>Incorporated,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF TAKING DEPOSITION

TO: WILLIAM CHAPMAN, ESQ.
    MELICK, PORTER & SHEA, LLP
    28 STATE ST.
    BOSTON, MA 02109-1775

    PLEASE TAKE NOTICE that on October 13, 2006 at 10:00am at the offices of Plaintiff's Attorney, James Hoyt, Portnoy and Greene, P.C., 687 Highland Avenue, Needham, MA 02494, plaintiff, Joan Charles, by her attorney will take the deposition upon oral examination of Harold J. Salant as President of One Call Insurance Agency, 121B Tremont Street, Suite 25, Brighton, MA, to testify with respect to the subject matters relative to the above-captioned case pursuant to Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths take testimony, and to be recorded by stenographic means. The oral examination will continue from day to day until completed.

Dated: 10/5/06

Respectfully Submitted,
Plaintiff, Joan Charles
by her attorney,

James E. Hoyt BBO# 644651
Portnoy & Greene, P.C.
687 Highland Ave.
Needham, MA 02494
(781) 449-6050

## CERTIFICATE OF SERVICE

I, James Hoyt, hereby certify that a true copy of the above Notice of Deposition was sent to the following persons this 5th day of October, by facsimile and U.S. Mail, postage prepaid.

William B. Chapman
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

Michael W. Reilly
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108

Paul Michienzie
Richard C. Demerle
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA 02114

James E. Hoyt