UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br><br>      Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB; OCWEN FINANCIAL CORPORATIONMASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION; AND ONE CALL INSURANCE AGENCY INCORPORATED,<br><br>      Defendants. | CIVIL ACTION NO.: 04-11625RWZ |

**NOTICE OF APPEARANCE**

Pursuant to Mass. R. Civ. P. 11, please enter Diana D. Delaney's appearance as counsel of record for the defendant, One Call Insurance Agency, Inc. in the above-captioned matter.

Respectfully,

/s/ Diana D. Delaney
William D. Chapman, BBO 551261
Diana D. Delaney, BBO 642384
Melick, Porter & Shea, LLP
28 State Street, Floor 22
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Dated: October 27, 2006