UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
JOAN CHARLES,                                 *
                                              *
        Plaintiff,                            *
vs.                                           *     CIVIL ACTION
                                              *     No. 04-11625RWZ
OCWEN FEDERAL BANK, FSB;                      *
OCWEN FINANCIAL CORPORATION;                  *
MASSACHUSETTS PROPERTY                        *
INSURANCE UNDERWRITING                        *
ASSOCIATION; and                              *
ONE CALL INSURANCE AGENCY,                    *
INCORPORATED,                                 *
                                              *
        Defendants.                           *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my withdrawal of appearance as counsel of record for the defendant, One Call Insurance Agency, Inc., in the above-captioned matter. Please note that William D. Chapman, BBO #551261, will continue to serve as counsel for the defendant.

/s/ Kerry D. Florio
Kerry D. Florio, BBO #647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Dated: December 18, 2006

## CERTIFICATE OF SERVICE

I, Diana D. Delaney, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Kerry D. Florio
Kerry D. Florio

Dated: December 18, 2006