UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.: 06-30156-MAP

| | |
|---|---|
| DAVID A. BARELA, | ) |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM J. BARRANGER, RICK J. SNIDERHAN, PFIZER, INC. AND ACE AMERICAN INSURANCE COMPANY, | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my withdrawal of appearance as counsel of record for the defendant, Rick J. Sniderhan, in the above-captioned matter. Please note that William D. Chapman, BBO #551261, will continue to serve as counsel for the defendant.

/s/ Diana D. Delaney
Diana D. Delaney, BBO #642384
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Dated: March 27, 2007

## CERTIFICATE OF SERVICE

    I, Diana D. Delaney, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                            /s/ Diana D. Delaney
                                            Diana D. Delaney

Dated: March 27, 2007