UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br><br>      Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK, FSB; OCWEN FINANCIAL CORPORATIONMASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION; AND ONE CALL INSURANCE AGENCY INCORPORATED,<br><br>      Defendants. | CIVIL ACTION NO.: 04-11625RWZ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Mass. R. Civ. P. 11, please enter Diana D. Delaney's withdrawal of appearance as counsel of record for the defendant, One Call Insurance Agency, Inc. in the above-captioned matter. Please note that William D. Chapman, BBO #551261, will continue to serve as counsel for the defendant.

                                                        Respectfully,

                                                        /s/ Diana D. Delaney
                                                        Diana D. Delaney, BBO 642384
                                                        Melick, Porter & Shea, LLP
                                                        28 State Street, Floor 22
                                                        Boston, Massachusetts 02109
                                                        Telephone: (617) 523-6200
                                                        Facsimile: (617) 523-8130

Dated: March 28, 2007

2

**CERTIFICATE OF SERVICE**

      I, Diana D. Delaney, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                              /s/ Diana D. Delaney
                                              Diana D. Delaney

Dated: March 28, 2007