**Christopher J. DeCosta**

745 Boylston Street
Boston, Massachusetts
02116-3636

Telephone
617 227-5660

Facsimile
617 227-5882

Email
cd@masatlaw.com

June 8, 2007

James "Ted" E. Hoyt, Esq.
Portnoy and Green, P.C.
687 Highland Avenue
Needham, MA 02494

Re: Charles v. Ocwen Federal Bank, FSB, et al.,
USDC, Case No. 04-11625-RWZ

Dear Ted:

On May 9, 2007, I wrote you a letter setting forth our proposal that we escrow the insurance proceeds to fund the repair of the subject property. I have yet to receive a response. I have also left a telephone message seeking a response to my letter. To date you have not responded.

This is a disappointing development because the agreement would provide Ms. Charles with the means to repair the property immediately.

What are your client's intentions regarding this matter? Please advise as soon as possible. Further, my client requires access to the property so that it can ascertain the cost of the repairs.

I look forward to hearing from you.

Very truly yours,

Christopher J. DeCosta

CJD/pcb
6335.

cc: Paul Michienzie, Esq.
    Elizabeth Hazelbaker, Esq.
    The Honorable Rya W. Zobel, U.S. District Court

{00118072.DOC}