UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joan Charles                              ,
        Plaintiff

V.

Ocwen Federal Bank, FSB, Massachusetts Property Insurance Underwriting Association ("MPIUA"); and One-Call Insurance Agency, Inc.                                        ,
        Defendants

CIVIL ACTION

NO.   04-11625-RWZ

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE ZOBEL

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On June 21, 2007, I held the following ADR proceeding:

    ___ SCREENING CONFERENCE    ___ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION (followup telephone conference)    ___ SUMMARY BENCH / JURY TRIAL

    ___ MINI-TRIAL    ___ SETTLEMENT CONFERENCE

[ X ]    The two parties present, Plaintiff and Ocwen Bank, were represented by counsel.

[ X ]    Two other parties, MPIUA and One-Call, did not participate and were not present.
    The case was:

[ X ]    Settled as between Plaintiff and Ocwen Bank only, with the understanding that the three depositions previously addressed by the court would go forward.  A 30 day order of dismissal should be entered by the court with respect to all claims and defenses between these two parties. The remaining matters should be restored to your trial list.

[ ]    There was progress.

[ ]    Suggested strategy to facilitate settlement:


June 25, 2007                                  /s/ Kenneth P. Neiman
    DATE    ADR Provider

    KENNETH P. NEIMAN, U.S. Magistrate Judge