UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN CHARLES, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11625-RWZ |
| | ) | |
| OCWEN FEDERAL BANK, FSB, | ) | |
|     Defendant | ) | |

SETTLEMENT ORDER OF DISMISSAL
June 25, 2007

The court, having been advised on June 21, 2007, that the above-entitled action has been settled between Joan Charles and Ocwen Federal Bank, FSB, only;

IT IS ORDERED that this action is hereby dismissed as to those parties without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk