UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11625RWZ

| | |
|---|---|
| JOAN CHARLES,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| OCWEN FEDERAL BANK, FSB;<br>OCWEN FINANCIAL CORPORATION;<br>MASSACHUSETTS PROPERTY<br>INSURANCE UNDERWRITING<br>ASSOCIATION; and<br>ONE CALL INSURANCE AGENCY,<br>INCORPORATED,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF COMPLIANCE OF LOCAL RULE 7.1**

    I, William D. Chapman, counsel to defendant, One Call Insurance Agency, Inc., hereby certify that, pursuant to Local Rule 7.1(a)(2), my associate, Dina M. Schiavo, conferred with plaintiff's counsel, James Hoyt, on Friday, June 29, 2007, regarding the plaintiff's Notice for Taking Deposition of One Call Insurance Agency, Inc. as well as with Christopher DeCosta, counsel for co-defendant, Ocwen Federal Bank, FSB, on Wednesday, June 27, 2007, regarding the co-defendant's Cross-Notice for Taking Deposition of One Call Insurance Agency, Inc. prior to filing the Motion to Quash Deposition. The deposition subpoena was received by counsel on June 22, 2007 and the cross-notice deposition subpoena was received by counsel on June 23, 2007. Our office contacted Attorneys Hoyt and DeCosta to confer regarding their willingness to withdraw the deposition subpoenas. Attorneys Hoyt and DeCosta refused to do so and we therefore advised them of our intention to file a Motion to Quash.

ONE CALL INSURANCE AGENCY, INC.
By its attorney,


/s/ William D. Chapman
William D. Chapman, BBO #551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

\

### CERTIFICATE OF SERVICE

I, William D. Chapman, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

James Hoyt, Esq.
Portnoy and Greene, P.C.
687 Highland Ave.
Needham, MA 02494

Michael Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108


/s/ William D. Chapman
William D. Chapman

Date: July 2, 2007