# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11625-RWZ

Joan Charles, )
    Plaintiff, )
)
v. )
)
Ocwen Federal Bank, FSB; )
Ocwen Financial Corporation; )
Massachusetts Property Insurance )
Underwriting Association; )
and One Call Insurance Agency, )
Incorporated, )
    Defendants. )
)

## NOTICE OF TAKING DEPOSITION

TO: WILLIAM CHAPMAN, ESQ.
    MELICK, PORTER & SHEA, LLP
    28 STATE ST.
    BOSTON, MA 02109-1775

    PLEASE TAKE NOTICE that on July 10, 2007 at 10:00am at the offices of Plaintiff's Attorney, James Hoyt, Portnoy and Greene, P.C., 687 Highland Avenue, Needham, MA 02494, plaintiff, Joan Charles, by her attorney will take the deposition upon oral examination, pursuant to Federal Rule of Civil Procedure 30(b)(6), of the Person with Most Knowledge, as to the facts and circumstances described in Plaintiff's Complaint, of the One Call Insurance Agency, Incorporated, to testify with respect to the subject matters relative to the above-captioned case pursuant to Federal Rules of Civil Procedure, before an officer authorized by law to administer oaths take testimony, and to be recorded by stenographic means. The oral examination will continue from day to day until completed.

Dated: June 21, 2007

Plaintiff, Joan Charles
by her attorney,

_____
James E. Hoyt BBO# 644651
Portnoy & Greene, P.C.
687 Highland Ave.
Needham, MA 02494
(781) 449-6050

## CERTIFICATE OF SERVICE

I, James Hoyt, hereby certify that a true copy of the above Notice of Deposition was sent to the following persons this 21st day of 2007, by U.S. Mail, postage prepaid.

William B. Chapman
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775

Michael W. Reilly
Tommasino & Tommasino
2 Center Plaza
Boston, MA 02108

Paul Michienzie
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA 02114

_____
James E. Hoyt