UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES,<br>        Plaintiff,<br><br>v.<br><br>OCWEN FEDERAL BANK FSB;<br>OCWEN FINANCIAL CORPORATION;<br>MASSACHUSETTS PROPERTY<br>INSURANCE UNDERWRITERS<br>ASSOCIATION; and ONE CALL<br>INSURANCE AGENCY, INCORPORATED,<br>        Defendants. | CIVIL ACTION NO. 04-11625-RWZ |

**STIPULATION REGARDING THE NOTICES OF DEPOSITIONS OF DEFENDANTS
ONE CALL INSURANCE AGENCY AND MASSACHUSETTS PROPERTY
INSURANCE UNDERWRITERS ASSOCIATION
<u>AND THE MOTIONS FILED THEREOF</u>**

The defendants, Ocwen Loan Servicing, LLC ("Ocwen"), One Call Insurance Agency, Inc. ("One Call") and Massachusetts Property Insurance Underwriters Association ("MPIUA") (collectively, the "Parties") hereby submit this Stipulation regarding Ocwen's notices of depositions of One Call and MPIUA and the corresponding motions to quash and for protective order filed by One Call and MPIUA. The Parties request that the Court adopt this Stipulation and state the following:

1.     On June 22, 2007, Ocwen and the Plaintiff served notices of deposition on One Call and MPIUA. The depositions were to occur on July 9 and 10, 2007, respectively.

2.     On June 25, 2007, Magistrate Judge Nieman issued his Thirty Day Order of Dismissal thereby disposing of the claims between Ocwen and the Plaintiff.

{00120986.DOC}

3. On July 2, 2007, One Call and MPIUA filed Motions to Quash and Motions for Protective Order seeking to prevent Ocwen from taking the above depositions.

4. The Court has scheduled a status conference for July 31, 2007 at 3:00 p.m.

5. Counsel for the respective parties have conferred and have agreed to the following:

   a. The depositions of One Call and MPIUA will not go forward as scheduled and will not occur until after the July 31, 2007 status conference.

   b. The above motions to quash and for protective order will not be acted upon by the Court until the July 31, 2007 status conference.

   c. Ocwen will have until and including July 24, 2007 to file its opposition to the above motions.

**WHEREFORE**, the Parties respectfully request that the Court adopt this Stipulation and dispose of the above Motion to Quash and for a Protective Order in the manner set forth above.

Respectfully submitted,

OCWEN LOAN SERVICING, LLC, SUCCESSOR-IN-INTEREST TO OCWEN FEDERAL BANK, FSB AND OCWEN FINANCIAL CORPORATION,

By its attorneys,


  /s/   Christopher J. DeCosta
Paul Michienzie, Esq. - BBO#548701
Christopher J. DeCosta, Esq. – BBO#657527
Michienzie & Sawin, LLC
745 Boylston Street, 5th Floor
Boston, MA  02116-2636
Tel. 617-227-5660

{00120986.DOC}2

ONE CALL INSURANCE AGENCY, INCORPORATED

By its Attorney,

/s/ William B. Chapman   (By: Christopher J. DeCosta)
William B. Chapman, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA   02109-1775


MASSACHUSETTS PROPERTY INSURANCE
UNDERWRITERS ASSOCIATION

By its Attorney,

/s/ Michael W. Reilly   (By:  Christopher J. DeCosta)
Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108


Date:  July 5, 2007

## **CERTIFICATE OF SERVICE**

I, Christopher J. DeCosta, hereby certify that on the 5th day of July 2007, a true copy of the above document was served upon the attorney of record for each other party by ECF to the following:

William B. Chapman, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA   02109-1775

Michael W. Reilly, Esq.
Tommasino & Tommasino
2 Center Plaza
Boston, MA   02108

James E. Hoyt, Esq.
Portnoy & Greene, P.C.
687 Highland Avenue
Needham, MA   02494

/s/ Christopher J. DeCosta_____
Christopher J. DeCosta