UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CHARLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-11625-RWZ |
| v. | ) |
| | ) |
| OCWEN FEDERAL BANK, FSB; | ) |
| OCWEN FINANCIAL CORPORATION, | ) |
| INC.; MASSACHUSETTS PROPERTY | ) |
| INSURANCE UNDERWRITING | ) |
| ASSOCIATION; AND ONE CALL | ) |
| INSURANCE AGENCY, | ) |
| INCORPORATED | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Defendant/cross-claim Plaintiff Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB ("Ocwen"), Defendant/cross-claim Defendant Massachusetts Property Insurance Underwriting Association ("MPUIA"), and Defendant/cross-claim Defendant One Call Insurance Agency, Inc. ("One Call"), and jointly stipulate to the dismissal of the cross-claims asserted by Ocwen, with prejudice. Each party is to bear its own costs.

Respectfully submitted,

s/Charles Vacca
Portnoy & Greene, P.C.
687 Highland Avenue
Needham, MA  02494
Attorney for Plaintiff Joan Charles

s/Chris De Costa

Chris De Costa, Esq.
Michienzie & Sawin, LLC
745 Boylston Street
Boston, MA 02116--2636
Phone:  (617) 227-5660
Attorney for Defendant/cross-claim
Plaintiff Ocwen Loan Servicing, LLC

s/ William D. Chapman
William D. Chapman, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston MA 02109
Phone:  (617) 523-6200
Attorney for Defendant/cross-claim
Defendant One Call Insurance Agency, Inc.

s/ Michael W. Reilly
Michael W. Reilly, Esq.
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02108
Phone:  (617) 723-1720
Attorney for Defendant/cross-claim
Defendant Massachusetts Property
Insurance Underwriters Association

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have caused a copy of the foregoing to be filed using the Court's ECF system on this the 31st day of July, 2007, which will automatically send notification to all counsel of record. To wit:

    James E. Hoyt (jhoyt@portnoygreene.com)

    William D. Chapman (wchapman@melicklaw.com)

    Michael W. Reilly (mwr@thommasino.com)

    Chris DeCosta (cd@masatlaw.com)

    Paul Michienzie (pm@masatlaw.com)

                                            OF COUNSEL

{B0741360}